**FILED**

JUL 2 0 2006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE CLEMMONS' ESTATES
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
      PLAINTIFF, PRO SE

vs.

SHAROLYN Y. EVANS, DEFENDANT
**AKA: ALLISON S. JOHNSON**
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

)  **CIVIL ACTION NO:**
)
)
)
)
)
)
)  CASE NUMBER  1:06CV01285
)
D/  JUDGE: Royce C. Lamberth
)
)  DECK TYPE: FOIA/Privacy Act
)
   DATE STAMP: 07/20/2006

JURY ACTION

---

## <u>FREEDOM OF INFORMATION ACT AND PRIVACY ACT VIOLATIONS. PLAINTIFF</u>

## <u>IS REQUESTING A FULL LAWSUIT FOR RECOVERY FROM CRIMES AGAINST</u>

## <u>THE PLAINTIFF AS STATED IN THIS COMPLAINT</u>

## <u>(FULL CIVIL DAMAGES RECOVERY)</u>

Comes Samuel Clemmons, file this **sworn** civil complaint under oath in District Court for the District of Columbia against such Defendant whom is a non-resident of the District of Columbia but is a resident of the State of Georgia. The Defendant is expecting to response under a sworn response under oath against this complaint. The Defendant is confirmed to be in violation of federal, state and local laws in obstruction of justice and tainting the Plaintiff's background without any legal or concrete documentation. It has been confirmed that the Defendant has committed multiple crimes in providing local, state and federal agents or agencies from the Department of

Justice and the State of Georgia fraudulent information in an ordered local, state and federal investigation. This investigation is concerning the Plaintiff's character and background concerning national security matters or issues. The Defendant fabricated stories by giving false information to authorities to establish multiple arrest warrants against the Plaintiff in an attempt to cause, create make the Plaintiff into a criminal when the Defendant does not know the Plaintiff at all. These warrants were fraudulently administrated to embarrass, humiliate, and to control the Plaintiff without establishing any probable cause to have the Plaintiff arrested. This was a premeditated tactic with an illegal attempt to steal all the Plaintiff's personal and private information. Items stolen from the Plaintiff was name, fingerprints, date of birth, blood, etc. which was given away without the Plaintiff's consent to have someone to illegally hold and maintain such private information of the Plaintiff in a local, state, federal and private agency databases. Which reveals a deliberately attempt with malice by the Defendant to have some sort of control over the Plaintiff without any proven linkages to the Plaintiff. Which is crime of aggravated stalking in the first-degree according to the law. Also *See case law and related cases: Lucia, 36 F.3d at 174(quoting Serabian, 24 F.3d at 361; see also North Central F.S., Inc., 951 F. Supp. at 1408 (quoting DeWit,*

Clemmons vs. SHAROLYN Y. EVANS, AKA; ALLISON S. JOHNSON & THE STATE OF GEORGIA

1    *879 F.Supp. at 989-90*, in turn quoting *Lucia, 36 F.3d at 174*).

2    *Jones Distributing Co., Inc. V. White Consol. Indus., 943 F.*

3    *Supp. 1445, 1470 (N.D. Iowa 1996)*(citing *Robinson v. Perpetual*

4    *Servs. Corp., 412 N.W.2d 562, 565 (Iowa 1987)* in turn citing

5    *Hagarty v. Dysart-Geneseo Community Sch. Dist., 282 N.W.2d 92,*

6    *95 (Iowa 1979)*, and *Grefe v. Ross, 231 N.W.2d 863, 867 (Iowa*

7    *1975))* see Fed. Rules Civ.Proc. Rule 17, 28 USCA and complete

8    understanding of Federal Regulation **111 ALR, Fed. 295** and statue

9    **18 U.S.C.A § 1001(2)(34)**.

10

11                                **II**

12        Before the Plaintiff addresses the case and complaint to

13    the courts. The Plaintiff would like to add an in-depth passage

14    to the Defendant so that the Defendant will have a full but fair

15    understanding of the Plaintiff's actions here today. The

16    Plaintiff is filing this complaint before a judge to be heard in

17    a court of law to rule on the Plaintiff's submission to the

18    courts. In order to justify wrongful actions by the Defendants

19    to fraudulently pay for or mislead someone into creating a

20    wrongful arrest warrant against the Plaintiff after the

21    Defendants have committed crimes of deceit, identity theft and

22    theft by deception.

23

24                                **III**

25        The Plaintiff expresses to the Defendant or Defendants that

     ignorance of the law is no excuses, it is one of the most

familiar phrases in any branch of jurisprudence. It is not entirely without exception, although some exceptions are rare. What one has intended to do results in their own passage and interruptions of the law?

In other words, what the Plaintiff is saying to the Defendant that every person is presumed to know the law. In order to understand either the rule itself or the exceptions thereto, it is necessary to know in this case matter what is the words "presumed" and "presumption" and they are used in three different senses in the law. One of the senses is to signify a mere inference of fact. The second one is a true presumption, which is a rule of law which calls for certain results **unless the party or defendant adversely affected comes forward with evidence to overcome the complaint filed against such Defendant**. This (although it is the true presumption) often is referred to as a "*prima facie presumption*" to distinguish it from the so called "conclusive presumption" which is a legal device in the form of a what they call a postulate used for the determination of a particular case whether it represents the actual facts or not. Which bring about the rule of evidence when a typical example is the conclusive presumption of delivery by all parties or Defendants to a negotiable instrument that has reached the hands of a holder such as the Plaintiff in due course. The net result of this "conclusive presumption" is that such a Plaintiff

as myself in due course can enforced the instrument such as a complaint such as I have once attempted to do to advised the Defendant of wrongdoing. I am doing it once again today against the Defendant as effectively as I have done before against the Defendants. The Defendant did not deliver proof to clear her from such crimes as deceit, identity theft and theft by deception. The Defendants derogatory comments and crimes were used to intentionally cause harm and hurt upon the Plaintiff. (*These crimes maybe link to other crimes other federal crimes*)

If "everyone is presumed to know the law" in this sense, it means that a particular case will be disposed of exactly as if the Defendant actually did know the law whether such is the fact or not. And this is exactly the sense in which this word (law) should be used in evaluation of the facts in this case before the judge and the courts today. It is known this is the sense in which it is used in all cases in which "ignorance of the law is no excuse." There are some rare and exceptional cases in which ignorance of the law is recognized as an excuse in some criminal cases the presumption is rebuttal able, but in this case before the court we have a very knowledgeable Defendant, who is of age to know right from wrong. We have someone who is very capable of thinking things through before committing a wrongful act or committing a crime and someone who will take responsibility and accountability for their actions.

1    So the Plaintiff say to the Defendant, if I prove to the
2  courts that these allegations are true. The Plaintiff would like
3  the Defendant to know that the Plaintiff have children of his
4  own and the Plaintiff must inform the Defendant and the
5  courts…that this type of behavior is learned or taught by
6  someone or retained through some source somewhere. The Plaintiff
7  says to the Defendant that he would never teach or inform his
8  children to do what the Defendant have done to him and advise
9  his children to do it to others. This type of behavior has no
10  justification. Be accountable and take responsibility for your
11  actions and reply back to the courts with your facts and the
12  truth as so stated and will be requested of you later in this
13  complaint before the courts.

14    They say, "The truth shall always set you free", "Giving
15  false testimony will always come back to capture you". No matter
16  how hard it is for someone to tell the truth. You must tell it
17  if you ever want to be free. To the Defendant, the Plaintiff
18  says again… you're caught up in this because of your false
19  actions, testimonies and false submission to the local, state,
20  federal agencies and the courts in the State of Georgia and in
21  the District of Columbia. All your false submissions have come
22  back to capture you. Now you must comply with the District Court
23  for the District of Columbia's instructions and orders and not
24  rely on anyone else but yourself to report to the courts with

facts to support your stance or statements such as the Plaintiff

will be providing the courts to honor this lawsuit.

Remember if you can't say anything good about a person, its

best not to say anything at all. If you choose to say something

bad about a person make sure you have the **evidence** to support

your statements. Because if you don't have the evidence to

support your statements and the other person does…it's a crime

to say anything about someone that are not true, especially

under a local, state, and federal investigation such as this one

see statue 18 U.S.C.A. § 1001.

Take this as a lesson learn and now you (the Defendant)

must pay for that lesson to prevent further mistakes such as

this one, because nothing in this world is free. Everyone must

pay for theirs mistakes. The Plaintiff can't sit here and pay

for the Defendant's mistakes of giving false information,

statements, etc. under these investigations where such people

are suppose to be seeking the truth.

The Plaintiff states with the above statements said. The

Plaintiff files this complaint stating once again that it has

been confirmed that such person by the name of **Sharolyn Y. Evans**

has committed multiple crimes of deceit, theft by taking,

identity theft and identity fraud by stealing the Plaintiff's

identity. The Defendant has been illegally using it. The

Defendant has been using the Plaintiff's family name and other

information to create additional crimes of extortion and
blackmail with intention to gain **only** money from the Plaintiff.
The Defendant's interior motive is to intentionally cause the
Plaintiff to committed felony crimes in providing false
information to a local, state and federal agents, etc for her
own private gain. The Defendant has never given proof,
certification or other related information as to whom, what,
how, when and where the Defendant knows the Plaintiff or the
Plaintiff knows the Defendant.

The Plaintiff now knows more information about the
Defendant through a thorough private background investigation on
the Defendant. If anyone ask the Defendant personal information
about the Plaintiff, the Defendant would not know or can not
give anything to establish any creditable ground to initiate a
warrant to have the Plaintiff arrested at any given time. For
the Plaintiff to prove his statement. This information will be
provided to the courts when a motion is requested to enter
discovery.

The Plaintiff files this lawsuit in the District Court
requesting the District of Columbia to oversee and validate the
Plaintiff's argument. The courts will see and confirm that the
Defendant does not know the Plaintiff at all to do or perform
the wrongful conduct or actions in providing anyone or agency

with the Plaintiff's personal information without the
Plaintiff's acknowledgement or consent.

The Defendant needs to be fully aware of when a person
from authority has revealed his identity. The person from
authority is clearly advising and informing the Defendant of the
purpose and intent to investigate or to arrest anyone under the
United States Title Code, Title 5, USC, Section 552a, Exemption
(j)(2) of the Privacy Act and Title 5, USC Section 552,
Exemption (b)(7)(A), (b)(2), (b)(6) and (b)(7)(c) and U.S.
Executive Order 10450, 10865, 12333, and 12356; section 3301 and
9101 of title 5, U.S. Code; section 2165 and 2201 of title 42,
U.S. Code; section 781 to 887 of title 50, U.S. Code 401a(4)
(3)(d) and part 5, 732  736 of Title 5 it is a crime to give
false information. ***See case law and related case of:*** *Serabian v.*
*Amoskeag Bank Shares, Inc., 24 F. 3d 357, 361 (1st Cir. 1994)*);
also see *North Central F.S., Inc., 951 F. Supp. at 1408* (quoting
*DeWit, 879 F. Supp. at 989-90*, in turn quoting *Lucia, 36 F.3d at*
*174*).

It has been confirmed that the Defendant intentionally
committed these crimes or acts of deceit, identity theft, theft
by deception and deformation of character and other crimes with
a criminal motive and intent to destroy the Plaintiff's
character and career but wish to seek only monetary gain in the
process. (***See statue and related cases according to:*** U.C.A.

Clemmons vs. SHAROLYN Y. EVANS. AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA

1953, 76-6-405, 76-6-1102 and *State v. Ross*, 951 P.2d 236, 241
(Utah Ct. App. 1997)

After the court review the facts in which the Defendant
must provide the court to release herself from this lawsuit. The
court will see and confirm that the Defendant wrongfully,
willfully, deliberately, maliciously, and intentionally gave
fraudulent information to a local, state and federal agencies
while all three operate on federal funds with an attempt to
steal and destroy the Plaintiff's character, background and
career. The Defendant should have no reasons to defend against
such court's summary judgment after the courts have examined the
facts.

After the court request the information needed to complete
its ruling on the facts. If such false information is true in
the local, state and federal police report or investigation and
the Plaintiff proves it to be false, the courts should consider
the information provided to all three is a crime under the
federal, state and local jurisdiction. This crime should be
punishable upon releasing of the facts by the local and state
government agencies after the court has completed its review of
the facts.

The Plaintiff is filing this relief in the District Court
for the District of Columbia to seek full recovery against such
damages. The Plaintiff wishes the District Court for the

District of Columbia to place a summary judgment and a permanent

gag order and protective order against the Defendant in the

amount of **$6,000,000.00** (six millions dollars). This award

amount should cover all punitive damages recovery from having

the Plaintiff wrongfully arrested, detained and causing a great

deal of hardship to the Plaintiff and his family. If such

alleged intentional allegations are confirmed to be truthful or

if the Defendant failed to confirm such actions or conduct in

this court of law then the award is fully and completely

justified.

In results of the Defendant being a citizen of another

state and such other states may not have jurisdiction over this

federal matter before the law concerning providing fraudulent

information to federal agencies. The Plaintiff is requesting

this court to force an order on the Defendant to attend ethics

classes and professional counseling to prevent further pathology

actions as the defendant has proven abilities of committing

these acts from pervious justice inquiries.

The Plaintiff is in need of a permanent gag order to

prevent the Defendant from disruption the good name of the

Plaintiff ever again while living in the State of Georgia and

aboard and to permanently prevent the Defendant from intervening

in any business matters of the Plaintiff ever again.

The court will see that such wrongful actions by the Defendants are true once the Defendant produce to the court the evidence that shows the Defendant did not have justification or ground to have a warrants for arrest issued against the Plaintiff to destroy his character. The Defendant does not know the Plaintiff but it appears as if someone else is behind the Defendant's action to do the things the Defendants have done. If the Defendant choose to withhold information from the court then such summary judgement against the Defendant should be justified.

If these allegations in this local, state and federal investigation reports are confirmed as not truthful without justification or enough information to arrest the Plaintiff. Let it be known that there are serious issues within the Defendant and the Department of Justice channels and the Defendant is in need of serious mental counseling services.

In additional to these alleged intentional acts, it is known that the Defendant also has a record in the mental illness health areas in the State of Georgia and for committing other crimes.  These records (both courts, the state records, medical) should confirm to the District Court for the District of Columbia that such information does exist. Therefore, causing the Defendant to submit fraudulent arrest warrants and fraudulent federal investigation reports that the Defendant is a

Clemmons vs. SHAROLYN Y. EVANS. AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA

known pathological liar, in need of more professional mental
counseling provided by the State of Georgia.

The Plaintiff adds to this record to prove the Plaintiff's
points in this complaint are true. The Plaintiff is requesting
the following from the Defendant to validate this lawsuit have
merit. They are:

### APPENDIX I (EVIDENCE REQUEST UNDER THE FREEDOM OF
### INFORMATION ACT / PRIVACY ACT)

1. The Plaintiff is requesting the Defendant to provide to
   the court evidence through statements from creditable
   sources to confirm the Defendant's statements that the
   Defendant knew the Plaintiff from the year of 2000 to the
   present date. As confirmed in any local, state or federal
   investigation reports as stated by the Defendant. Provide
   the court with the State of Georgia's investigation
   report the Defendant is capable of obtaining a copy to
   support her statement.

2. The Plaintiff is requesting from the Defendant to provide
   the courts with any receipts or paperwork such as:

   Any lease agreements, birth certificates, marriage
   licenses, utilities bills such as (water, lights, gas,
   telephone accounts, cell phone bills, medical bills)
   showing that the Plaintiff once lived with the Defendant
   or the Defendant once lived with the plaintiff from the
   time periods or years of 2000 - present. The Defendant
   should be ordered to provide the court with a certified
   true copy of the initial arrest warrant the defendant
   paid to have applied against the plaintiff. If the
   Defendant cannot provide the court with any of the above

to justify such arrest warrants then such warrants were
fraudulent ones and the Defendant should be held fully
liable for the full face value of the summary judgement
award as stated in this lawsuit.

3. The Plaintiff is asking the Defendant to provide to the
courts to justify Attorney Venice Daley's statement that
the defendant and the Plaintiff meet each other through a
mutual friend. Provide the court with the name and
address of that mutual friend the Defendant so claim that
such mutual friend witnessed the two together.

4. The Plaintiff is requesting the Defendant to provide the
court with the consent forms attached requesting to
review all the Defendant's personal history and records
to established the Defendant's state of mind to do what
the Defendant has done. The Defendant should not refuse
this since the Defendant has caused so much damage to the
Plaintiff and the Plaintiff's rights to privacy has been
violated without the Plaintiff's consent. The defendant
should not disagree to support such cause or stand made
by the Defendant's action and now the actions made by the
Plaintiff.

5. The Plaintiff is requesting the Defendant to provide the
court according to the Freedom of Information Act and
Privacy Act a copy of the court's search warrant to
search the Plaintiff's personal but private parts,
records or procession according to the law. This
information should be easily obtain by the Defendant
since the Defendant and the State of Georgia collaborated
their efforts together.

6. Provide the courts with certified true copies of all
police reports local, state and federal. If the Defendant

6. Provide the courts with certified true copies of all police reports local, state and federal. If the Defendant failed to provide the court with a certified true copy of such search warrant as stated in # 5 and the reports claimed to exist. Then the Defendant should be held fully liable for the face value of this lawsuit and all actions administrated by the Defendant and local, state and federal agencies are unconstitutional and are outside the line and boundaries of the laws of justice.

7. The Plaintiff is requesting through the court to have the Defendant to complete the deposition forms attached and make this document part of the court record in additional to this complaint for the record. This deposition should be completed in it's entirely and returned back to the court with the Defendant's response under the Freedom of Information Act and Privacy Act.

8. The Defendant needs to provide the courts with documentation to support the Defendant's testimony that no third party existed or coached the Defendant into doing what the Defendant has done. The Defendant should explain to the court in the Defendant's response to the court why the Defendant sought criminal charges against the Plaintiff instead of seeking civil charges since it appears that the Defendant is in search for or seeking monetary gain from these actions conducted by the Defendant(s).

The Plaintiff wish to add after a thorough investigation of this case and the Defendant's action this is a money crime. Meaning you is seeking monetary gain and nothing else. If a third party did exist the Defendant should provide the court with the names and address of all

has done for an illegal profit resulting in FRAUD see statue 18 U.S.C.A. § 1001.

If the Defendant and the Defendant's attorney fail to provide any of the evidence to support the defendant's statements as told to the investigators and other agencies then such statements are fraud they all are in violation of Statue **18 U.S.C.A § 1001(2)(34)**.

The Defendant may not be an employee of the federal government therefore, such violation of the United States Code 5 U.S.C. § 2302(b) (8) which alleges and set forth a violation of the prohibited personnel practice policy by federal government employees does not apply. These actions in the State of Georgia should apply and the District Court of Columbia should have jurisdiction to place a summary judgment and enter an order against the Defendant once the Plaintiff has confirmed the Defendant's actions and allegations are fraudulent. Because these were local, state, and federal crimes and violation under a national security investigation conducted by any federal agency in the District of Columbia giving jurisdiction to the court to grant such orders requested and place such judgment on the Defendants.

If it is true and known that the actions or conducted by the defendant may have played a part in other crimes and wrongdoing that has been proven in this court of law by the

1 Plaintiff. These crimes maybe linked to others making the

2 Defendants to be an accessory to multiple crimes committed

3 against the Plaintiff by local, state and federal agencies.

4 These false allegations in a United States Government "federal"

5 investigation document dated June of the year of 2000 that was

6 finally and officially released to the plaintiff for review on

7 August 5, 2005. Which shows this action is filed within the

8 proper time for damage recovery according to the Freedom of

9 Information Act § 5 U.S.C.A. § 552 and statue of limitations. If

10 these actions or wrongful conducted by these federal employees

11

12 would not have happen then the defendant's actions could have

13 been avoided. One sets of crimes or wrongdoing have triggered

14 others.

15 The plaintiff is requesting through the court to maintain

16 and reserve his rights to sell story to the public if necessary

17 in relation to the Defendant's actions and conduct.

18 In defense by the Plaintiff, upon a motion to enter

19 discovery, as stated in pervious paragraphs, the Plaintiff will

20 provide the court as stated in this complaint with facts against

21 any of the alleged Defendant's statements or actions. These

22 documents will show these are intentional acts committed by the

23 defendant and the local, state and federal agents, even when the

24 burden of proof does not exist within the boundaries of the

25 Plaintiff.

1    Facts will be presented to the courts at the time of

2    certified express mail delivery is deliver to the defendant with

3    a tracking # **EQ 913490364 US**. The District Court for the

4    District of Columbia will received such Defendant's records and

5    facts provided by the Plaintiff for the court to confirm the

6    Defendant's actions are not justified after the Defendant has

7    been served the summons and certification has been received by

8    the Plaintiff. The District Court's FedEx tracking number will

9    be **8573 0084 4802**.

10

11    Since the burden of proof will fall on the Defendant, the

12    Plaintiff wishes for the Defendant to provide the court with all

13    fact documents to support Defendant's actions and statements

14    made to the local, state and federal agents in the Defendant's

15    court action.

16    If such proof can be provided upon a court's order to enter

17    discovery by the Defendant, the Plaintiff will drop this

18    complaint out right and request this matter to be dismissed.

19    The Defendant has all the complete record of information to

20    support her actions and wrongdoing against the Plaintiff. In

21    order for the Defendant to clear herself, she should provide the

22    court the same.

23

24    If this civil action cannot be settled out of court, the

25    Plaintiff is asking for a civil trial before his peers (jury

trial). This trial should take place in the state of the

Clemmons vs. SHAROLYN Y. EVANS. AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA

District of Columbia which ever is agreeable upon by the defendant to reveal all the issues along with the **FACTS** set forth in this case. A jury or a judge should rule base on the issues and facts provided and to interpret the usage and understanding of a justified warrant to arrest anyone with an illegal attempt to make such person a state criminal.

Once again, all attempts to resolve this complaint have been exhausted; the burden of the proof now lies on the Defendant to prove **all** *issues*, testimonies and actions by the Defendants are truthful and justified on the record. The Defendant should not be treated any difference from anyone else who may or may have been link to other crimes as these against the Plaintiff. It is confirmed that these crimes as stated in this complaint are linked to others in which this court has witness. Now the Defendant must prove her actions and release everyone names that may have played a part in helping her to commit the crimes she has committed.

In closing, the Plaintiff wishes to add when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the Plaintiff (nonmoving party). The Plaintiff would advise the Defendant to consider case laws *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is

entitled to summary judgment only when the evidence indicates

that no genuine issue of material fact exists. See federal

statue Fed.R.Civ.P.56(c); See case law: _Anthony v. United_

_States_, 987 F.2d 670,672 (10th Cir.1993). If the moving party

(the Defendant) does not bear the burden of proof at trial, it

must show "that there is an absence of evidence to support the

nonmoving party's (the Plaintiff) case". In this case the

nonmoving party (the Plaintiff) has expressed evidence to

support the Plaintiff's claim; therefore, case law to consider:

_Celotex Corp. v. Catrett_, 477 U.S. 317, 325, 106 S.Ct. 2548,

2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter.

The Defendant has sustained no loss in this action, nor did

the Plaintiff cause any hurt or harm to the Defendant, the

Defendant caused this action or judgment upon self. Now the

Defendant has to prove these allegations, actions by the

Defendant, local, state and federal agents are truthful or **not**

truthful. The Defendant should have 30 to 60 days to submit to

the Plaintiff and the courts documents as stated in this

complaint needed to support the Defendant's comments and actions

by local, state, and federal agents to have this matter before

the court dismissed.

This complaint was prepared on the basics of Article 1.

Bill of Rights, paragraph V, VI, VII, XI, XII, XIII, and XIV.

The Plaintiff wishes that such Articles be applied in all ruling.

   *They say in the end …Good will always triumph over Bad….*

   End of Complaint:

   **I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct I signed these statements before a certified court legal notary witnessing me (the Plaintiff) signing to make any but all statements as truthful, legal and binding under oath.**

                              Respectfully submitted,

                              Samuel Clemmons
                              C/o The Clemmons' Estates
                              **Attn: Mrs. Mary L. Lee, Paralegal**
                              P.O. Box 28558
                              Atlanta, GA 30358

   Plaintiff Address:
   548 Saint Charles PL
   Brookhaven, MS 39601

   **Attachment: Motion to enter Defendant's Deposition form to complete with response to the court.**

**CC:** www.usps.com for tracking purposes

Sharolyn Y. Evans;
   **Express Mail #: EQ 913490364 US**
United State District Court of the District of Columbia
   **Fed EX Express Mail #: 8573 0084 4802**
Records

STATE OF MISSISSIPPI
COUNTY OF LINCOLN
   PERSONALLY appeared before me, the undersigned authority at law in and for the jurisdiction aforesaid, Samuel Clemmons who, having been by me first duly sworn, stated on her/his oath that the matters and things stated in the above and foregoing Document are true and correct as therein stated.
   SWORN TO AND SUBSCRIBED BEFORE ME,
on this the 28 day of June , 20 06
                              Tillmon Bishop, Chancery Clerk
                                   Notary Public
My Commission Expires: 12-31-07   By: Reni Bist D.C.

Clemmons vs. SHAROLYN Y. EVANS, AKA; ALLISON S. JOHNSON & THE STATE OF GEORGIA