AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE CLEMMONS' ESTATES

V

SHAROLYN Y. EVANS, DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBE

CASE NUMBER  1:06CV01285

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

**SHAROLYN Y. EVANS, DEFENDANT**
**AKA: ALLISON S. JOHNSON**
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓ (name and address)

THE CLEMMONS' ESTATES
ATTN: Mr. N.W. HANDY
C/O SAMUEL CLEMMONS
3004 WYNFORD STAT.
MARIETTA, GA 30064

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

AUG 2 3 2006

NANCY M. MAYER-WHITTINGTON          JUL 20 2006

CLERK                               DATE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/30/06 |
| NAME OF SERVER (PRINT) SAMUEL ECOMLOS | TITLE | PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1334 OLD COUNTRYSIDE CIRCLE STONE MOUNTAIN, GA 30083 BEEN FORWARD TO DEFENDANT AT 1703 THE HILLS PKWY STONE MOUNTAIN, GA 30088

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| EXPRESS MAIL SERVICE | U.S. POSTAL SERVICE | $16.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/31/2006 _____ _____
              Date          Signature of Server

2137 SOFT PINE LANE
ACWORTH, GA 30132
Address of Server

OR
3004 NYLFORD STAT
MARIETTA, GA 30064

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

22

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

CIVIL ACTION NO: 1:06CV01285 (RCL)

V

SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

## AFFIDAVIT OF SERVICE

I, <u>SAMUEL CLEMMONS</u>, hereby declare that on the <u>30TH of JULY 2006</u> and on <u>AUGUST 01, 2006</u>, I Express Mailed a copy of the summons and complaint, certified mail return receipt requested with a Tracking number of <u>EQ 913490364 US and EQ 913 485 948 US</u> and Certified mail with tracking number of <u>7006 0100 0001 6598 4711</u> expressing urgency, to <u>SHAROLYN Y. EVANS, THE DEFENDANT</u> & defendant's attorney. Attached hereto are the green cards acknowledging service and receipt. As of this date this Affidavit of Service is filed within the U.S. District Court for the District of Columbia. The Defendant has failed to comply with the court's instructions and is now in Default in this judgment before the court as of August 22, 2006 this Affidavit of Service is filed.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHAROLYN Y. EVANS
1334 OLD COUNTRYSIDE CIR
STONE MOUNTAIN, GA 30093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sharolyn Evans   7/31/06

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

6703 Treehills PKWY
Stone Mtn, GA 30088

EL CLEMMONS

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
EQ913490364US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

GEORGIA

1334 Old Countryside Circle, Stone Mountain, GA 30083-5830

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE CLEMMONS' ESTATES

V

SHAROLYN Y. EVANS, DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBE

CASE NUMBER  1:06CV01285

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 07/20/2006

TO: (Name and address of Defendant)

**SHAROLYN Y. EVANS, DEFENDANT**
**AKA: ALLISON S. JOHNSON**
**1334 Old Countryside Circle**
**Stone Mountain, GA 30083-5830**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓▓ (name and address)

CLEMMONS' ESTATES
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

JUL 2 0 2006

DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  *7/30/06* *8/1/2006* |
|---|---|
| NAME OF SERVER (PRINT) SAMUEL CLEMMONS | TITLE PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *1334 OLD COUNTYSIDE CIRCLE STONE MOUNTAIN, GA 30083, BEING FORWARD TO DEFENDANT AT 1031 CLAIRMONT RD #30-B DECATUR, GA 30030-1244*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL *U.S. EXPRESS MAIL* | SERVICES *U.S. POSTAL SERVICE* | TOTAL *16.25* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *AUGUST 21 2006*     *Samuel Clemmons*
                                    Signature of Server

*2,137 SOFT PINE LANE*
*ACWORTH, GA 30132*
Address of Server

*OR*
*3004 WYNFORD STAT*
*MARIETTA, GA 30064*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
              ATLANTA MAIN PO
              ATLANTA, Georgia
                 303049998
              1204440076-0088
  08/01/2006    (404)765-7637    02:07:13 PM

  ─────────── Sales Receipt ───────────
Product         Sale   Unit          Final
Description     Qty    Price         Price

STONE MOUNTAIN GA 30083              $14.40
EM PO-Add Flat Rate
  9.70 oz.
  Label #:      EQ913485948US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)           $1.85
                                  ========
              Issue PVI:             $16.25

39c             1     $0.39          $0.39
Liberty/Flag
PSA
                                  ────────
Total:                               $16.64

Paid by:
Personal Check                       $16.64

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1001203421554
Clerk:  01

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
      Thank you for your business.
            Customer Copy
```



22

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

                              CIVIL ACTION NO: 1:06CV01285(RCL)

        V

SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

### AFFIDAVIT OF SERVICE

    I, <u>SAMUEL CLEMMONS</u>, hereby declare that on the <u>30TH of JULY 2006</u>
and on <u>AUGUST 01, 2006</u>, I Express Mailed a copy of the summons and
complaint, certified mail return receipt requested with a Tracking
number of <u>EQ 913490364 US and EQ 913 485 948 US</u> and Certified mail
with tracking number of <u>7006 0100 0001 6598 4711</u> expressing urgency,
to <u>SHAROLYN Y. EVANS, THE DEFENDANT</u> & defendant's attorney. Attached
hereto are the green cards acknowledging service and receipt. As of
this date this Affidavit of Service is filed within the U.S. District
Court for the District of Columbia. The Defendant has failed to comply
with the court's instructions and is now in Default in this judgment
before the court as of August 22, 2006 this Affidavit of Service is
filed.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHAROLYN Y. EVANS
        L. JOHNSON
6703 Treehills Pkwy

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

S+N MTN                    GA 30088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SHAROLYN Evans

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No
1231 CLAIRMONT RD #30-B
DECATUR, GA. 30030-1244

3. ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    EQ91348594BUS US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EL CLEMMONS

---

Clemmons vs. SHAROLYN Y. EVANS, AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA
1334 Old Countryside Circle, Stone Mountain, GA 30083-5830

22

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

                              CIVIL ACTION NO: 1:06CV01285(RCL)

        V

SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

## AFFIDAVIT OF SERVICE

    I, SAMUEL CLEMMONS, hereby declare that on the 30TH of JULY 2006 and on AUGUST 01, 2006, I Express Mailed a copy of the summons and complaint, certified mail return receipt requested with a Tracking number of EQ 913490364 US and EQ 913 485 948 US and Certified mail with tracking number of 7006 0100 0001 6598 4711 expressing urgency, to SHAROLYN Y. EVANS, THE DEFENDANT & defendant's attorney. Attached hereto are the green cards acknowledging service and receipt. As of this date this Affidavit of Service is filed within the U.S. District Court for the District of Columbia. The Defendant has failed to comply with the court's instructions and is now in Default in this judgment before the court as of August 22, 2006 this Affidavit of Service is filed.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHAROLYN Y. EVANS
1334 OLD COUNTRYSIDE CIR
STONE MOUNTAIN, GA 30083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
SHAROLYN EVANS                   8-3

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:  ☐ No

1281 CLAIRMONT RD #30-B
DECATUR, GA. 30030-1244

_____  L CLEMMONS

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0001 6598 4711

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

Clemmons vs. SHAROLYN Y. EVANS, AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA
1334 Old Countryside Circle, Stone Mountain, GA 30083-5830

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL/MISCELLANEOUS CASES
PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. __06 1285__
(To be supplied by the Clerk)

**NOTICE TO THE PLAINTIFF:**

Pursuant to Rule LCvR 40.5(b)(1), you are required to prepare and submit this form at the time of filing any civil or miscellaneous case which is related to any pending case(s) or which involves the same parties and relates to the same subject matter of any dismissed related case(s). This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the case is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

LCvR 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

LCvR 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff or counsel for plaintiff will please complete the following:

1.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

[ ]    (a)    relates to common property

[ ]    (b)    involves common issues of fact

[ ]    (c)    grows out of the same event or transaction

[ ]    (d)    involves the validity or infringement of the same patent

[X]    (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASES TO DISMISSED RELATED CASE(S).

A new cases is deemed related t a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and relates to the same subject matter.

Check box if new cases is related to a dismissed case: [ ].

3.    NAME THE U.S. COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT

_____

4.    CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEEDED PLEASE USE THE OTHER SIDE.

*CLEMMONS*        vs    *US DEPT. HOMELAND SEC.*   C.A. No. *06-518 RCL /06-510/06-305*

*9.20.06*                              *NCD*                        *06-304/06-196/*
                              Signature of Plaintiff (or counsel)       *06-195/06-194/06-123*
                                                                        *06-115/ 06-8/05-235*

CO-932
Rev. 4/00

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING
# ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is <u>mandatory</u>.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name    _____  ____  _____

Last four digits of Social Security Number    _____

DC Bar ID#:    _____

Firm Name    _____

Firm Address    _____

_____

_____

Voice Phone Number    _____

FAX Phone Number    _____

Internet E-Mail Address    _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.      This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2.      Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3.    An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance.    An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case.    The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4.    Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively,  you may be required to appear in person to receive your new password.**

5.    Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:             U.S. District Court for the District of Columbia
                                        Attn:   Attorney Admissions
                                        333 Constitution Avenue NW, Room 1825
                                        Washington, DC  20001

Or FAX to:                              Peggy Trainum
                                        U.S. District Court for the District of Columbia
                                        (202) 354-3023


Applicant's Signature    _____


_____    _____    _____
Full Last Name             Initial of    Last 4 Digits SS#
                           First Name