CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLEMMONS' ESTATES**<br>**PLAINTIFF**<br>Vs.<br>**SHAROLYN Y. EVANS,**<br>**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)    CASE NUMBER:<br>**1:06CV01285 (RCL)** |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _22nd_ day of _AUGUST_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _SHAROLYN Y. EVANS AND THE STATE OF GEORGIA_

was [were]:   [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_JULY 31, 2006; 2ND NOTICE OR SERVED ON AUGUST 12, 2006_ ].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
_ATTN: C OWENS c/o SAMUEL CLEMMONS_
_2137 SOFT PINE LN, AC NORTH, GA 30132_
_PH# 866-409-7758_

Bar Id. Number        Address and Telephone Number

**RECEIVED**
AUG 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT