Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATES

　　　　Plaintiff(s)

　　v.                                          Civil Action No.  06-1285

SHAROLYN Y. EVANS

　　　　Defendant(s)

RE:  SHAROLYN Y. EVANS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint      on        July 31, 2006        , and an

affidavit on behalf of the plaintiff having been filed, it is this  6th  day of  September  , 2006  declared

that  defendant(s) is/are in default.


　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, Clerk


　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Deputy Clerk