UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATES<br>    PLAINTIFF, | CIVIL ACTION NO: |
| vs. | <u>1:06CV01285 (RCL)</u> |
| SHAROLYN Y. EVANS | **August 21, 2006** |
|     DEFENDANT | |

## <u>PLAINTIFF'S MOTION REQUEST TO ENTER JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS</u>

Comes the Plaintiff place such attached order in the record requesting the court to bring this case matter to a close by granting the Plaintiff his Motion Request for Summary Judgment by Default against the Defendant.

The Defendant was served properly by means of Express Mail Service see the attached Affidavit of Service and Affidavit in support of Default entered into the Court at the time of this request.

The Defendant had enough time according to the records to response, retain an attorney and complete the deposition that was served and Subpoena upon the Defendant at the time of properly being served by the United States Postal Service.

**RECEIVED**

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Plaintiff will continue to show good cause by other cases that are connected to this case. After the hired and retained investigators has completed their field assignments. The Plaintiff will enter these finding during the Plaintiff's Motion Request to Enter Discovery if needed to continue to show good cause why the default should be sustained.

The Plaintiff will continue to seeks to Subpoena Duces Tecum to others to show the Court continue good cause against the Defendant and requesting those to turn over all the necessary documents and witnesses to support their statements under other wrongful reporting to federal agencies.

The Subpoena Duces Tecum requests are to show the Court if the Defendants had such evidence they would provided it in the very initial approach upon being served.

For the record of this court, the Plaintiff did signed and consent to a Jury Trial in accordance with 28 U.S.C. § 636(c)(3). As of this Date the Defendant has refused to consent for unknown reasons.

The Subpoena Duces Tecum Request is part of the record now and such requests were entered in a timely manner before the court.

I rest and place this **ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment by Default.

Once again as always when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws <u>Langley v. Adams County</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed. Rules Civ.Proc. Rule 217k2406(2)**. *See case law*: <u>Anthony v. United States</u>, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to support the plaintiff's claim; therefore, case law to consider: <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. Therefore the defendant has sustained no loss in this action, nor did the plaintiff cause any hurt or harm to the defendant, the defendant caused this action or judgment upon self in not responding to the Court's instructions.

**END OF MOTION REQUEST TO ENTER JUDGMENT BY DEFAULT**

Respectfully Submitted,

*Samuel Clemmons*
Samuel Clemmons
C/o The Clemmons' Estates
Attn: Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

**PLAINTIFF'S COMPLAINT ADDRESS:**

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

OR

THE CLEMMONS' ESTATES
ATTN: Mr. N.W. HANDY
C/O SAMUEL CLEMMONS
3004 WYNFORD STAT.
MARIETTA, GA 30064

**Attachments:**

1. **ORDER**

2. **Consent Form** to Proceed Before A United States Magistrate Judge for all Purpose in accordance with the provision of 28 U.S.C. § 636(c)(3)
3. **Affidavit of Services**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATES ) <br> C/O SAMUEL CLEMMONS ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> SHAROLYN Y. EVANS ) <br> ) <br> Defendant | CIVIL ACTION NO: <br><br> **1:06CV01285(RCL)** <br><br> August 22, 2006 |

## ORDER

Upon consideration of the Plaintiff's Motion request for Judgment by Default after entering confirmed facts against the Defendant's actions for failing to response and obey the Court's instructions. The Plaintiff has demonstrated good cause shown by means of Affidavit Service filed in a timely manner and will follow through with a Motion Request to Enter Discovery after the Investigator's work is completed.

The Plaintiff's <u>ORDER</u> requests should be granted including the Plaintiff's Action Requests to Subpoena Duces Tecum to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendant's Motions request will be DENIED. It is also ORDERED that any of the Defendant's Motion requests to dismiss will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment by Default is <u>GRANTED</u>.

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge

Copies to:

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132


SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CLEMMONS' ESTATES** )
**PLAINTIFF** )
Vs. )   Civil Action No. __06 1285__ *RCL*
**SHAROLYN Y. EVANS,** )
**DEFENDANT** )
)
Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          __AUGUST 22, 2006__
Attorney for the Plaintiff(s)                              Date


_____          _____
Attorney for the Defendant(s)                          Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.


_____          _____
United States District Judge                             Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE CLEMMONS' ESTATES
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

CIVIL ACTION NO: 1:06CV01285

V

SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1334 Old Countryside Circle
Stone Mountain, GA 30083-5830

AFFIDAVIT OF SERVICE

I, <u>SHAROLYN Y. EVANS, THE DEFENDANT</u>, hereby declare that on the _____ of _____ 20_____, I mailed a certified copy of the response to the <u>summons and complaint attached with all documents of proof according to the SUBPOENA IN A CIVIL CASE</u> by certified mail return receipt requested, to the <u>CLEMMONS' ESTATES</u> (the plaintiff's requested attorney). Attached hereto is the green card acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
<u>STAPLE GREEN CARD IN THIS AREA</u>

_____

<u>SHAROLYN Y. EVANS, DEFENDANT</u>

<u>AKA: ALLISON S. JOHNSON</u>

<u>1334 Old Countryside Circle</u>

<u>Stone Mountain, GA 30083-5830</u>

**PHONE:** _____

Clemmons vs. SHAROLYN Y. EVANS, AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA
1334 Old Countryside Circle, Stone Mountain, GA 30083-5830