UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATES  )<br>PLAINTIFF,                )<br>                         )<br>vs.                      )<br>                         )<br>SHAROLYN Y. EVANS        )<br>                         )<br>DEFENDANT                )<br>                         )<br>_____ ) | CIVIL ACTION NO:<br><br>1:06CV01285 (RCL)<br><br>**September 13, 2006** |

## PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS CAUSING SUCH DEFENDANT TO BE IN DEFAULT

Comes now the Plaintiff file such motion request to enter discovery in support of Plaintiff's motion requests for summary judgment by default due to the defendant failures to obey court's instructions. The Plaintiff enters his Exhibits in support of the Defendant's failures according to Lewis v. Faulkner, 689 F.2d 100, 102 (7th Cir.1982).

The Plaintiff expresses before this honorable court that the Defendant is fully, accurately and clearly is in default in this honorable court due to the Defendant's actions in failing to comply with this honorable court's summons instructions and failing to provide this court with one piece of factual materials after the Defendant is confirmed through other investigations by the way of local, state and federal agencies as being a state's witness in any legal matters or actions pending or involving the Plaintiff. The Defendant is one who is supposed to be fully competence to enter a response to this honorable court.

RECEIVED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant has failed to provide this honorable court with any legitimate facts justifying linkages or any connection to the Plaintiff or any other related cases pending in this court. Thereby, the Defendant has been proven in this court by confirmed facts of identity theft, identity fraud and theft by deception making the Defendant to be fully liable and responsible for the full face value of this lawsuit pending in this honorable court.

The Plaintiff's has provided this honorable court with facts to be applied into the court's records and to be maintained to counter attack any or other case arguments that may show linkage to this case before this court or any other court of law.

The Plaintiff enter facts after providing this honorable court Affidavit of Service showing that the Defendant was proper and legally served according to the law.

**Exhibit #1:** The Plaintiff enters the Deposition served upon the Defendant to fill out and return to this honorable court with the Defendant's response. As the court can see this Deposition only requires <u>30 minutes</u> of the Defendant's time to complete. The Defendant has failed to complete and mail such a simple task to be exempted from the full face value of this lawsuit.

The Plaintiff enters both Exhibits as **Exhibit # 1** and **Exhibit # 2** for the record showing a true label of **BEFORE** and **AFTER** being served the summons for the record.

The Plaintiff express to the court during discovery the Plaintiff discover one of many fraudulent statements made by Attorney Venice Daley that such Defendant allegedly claim that the Defendant know or knew so much information about the Plaintiff to the point of given Dekalb County Assistant Solicitor Kim Sanders so much information to be read to Attorney Venice Daley concerning the description and background detail to be on point so allegedly claimed by Attorney Venice Daley but Attorney Venice Daley failed to or decline to meet with the Private Investigator to tell her stories or express factual information in relation to this identity

theft, identity fraud and theft by deception by the Defendant who claim to know so much and has so much to tell but refuses to complete a simple deposition revealing her facts for the record to prevent such lawsuit or judgment against the Defendant and the State of Georgia.

The Plaintiff expresses to the court to pay close attention to the to the second page paragraph which the Plaintiff did informed and specifically informed such legal counsel that the Plaintiff's was having identity theft problems and problems within the government sector of someone abusing his identity as this honorable court can confirm and witness that this disclosure by such legal representation is truthful but nothing was never mentioned to such person concerning a lost of wallet years ago, etc. this statement is clearly a statement that this person was not looking out for my best interest in revealing to the court the truth and that this is a crime that has been committed against the Plaintiff not the Plaintiff committing any crime against the Defendant or any other person, place or business. It clearly shows and reveal a crime has been committed against the Plaintiff with the Defendant refusal to show up or response to this honorable court's instructions as specified in the summons that were legally but properly served upon the Defendant according to the law as specified in the summons.

The Plaintiff expresses before the court the Defendant could have easily gone to the sources or agencies where so much information concerning the Plaintiff was given and maintained to request copies of facts to be submitted before this honorable court or could have went to a private attorney for assistance.

**Exhibit # 3:** The Plaintiff will enter information from a certified true document provided by the State of Georgia showing and revealing the Defendant's signature on a criminal warrant to arrest the Plaintiff when it clearly shows the Defendant does not know the Plaintiff. This Exhibit lists the Defendant's name and social security number which according to the State's records as

being the Defendant's Social Security Number of **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** so that this honorable court can place such judgment lien against the Defendant if such debt that is now due in this honorable court is not paid by the court's instructions required by law after such summary judgment by default has been entered. The award amount due to the Plaintiff should be after taxes as well as all other Defendants who are in default in relation to other problems of identity theft, identity fraud and theft by deception against the Plaintiff. This document is entitled an application for criminal warrant which the Defendant could clearly justify and explain concerning any relief against such claim or argument in this court of law against the Plaintiff. Therefore, for the record the Plaintiff will submit such page for the record as being "This page is left intentionally blank on behalf of the Defendant" giving the Defendant the options to provide this court with proof through facts as to who directed, informed and persuade the Defendant to perform and conduct such illegal actions against the Plaintiff when the Defendant does not know the Plaintiff.

**Exhibit # 4:** The Plaintiff enters a certified true document with portion of information blacken out or left out showcasing to the court a confirmed communication from the Plaintiff's allegedly claimed attorney (Venice Daley). Once again expressing but stating that the Defendant know or knew a whole lot of information on the Plaintiff to bring the Plaintiff into the illegal activities imposed upon the Plaintiff. The Plaintiff now questions the Defendant if such Defendant knew so much information why couldn't the Defendant complete the simple depositions in Exhibit # 1 and 2 served upon the Defendant with the summons to response? The court can easily review other cases pending in this court to justify that such statements given by the Plaintiff are truthful, correct and on point in relation to other matters of FRAUD. The court can also see and reveal concerning other issues or concern pending in other cases that the Plaintiff did not intentionally submit or did not consent to any of these illegal activities imposed upon the Plaintiff. As the alleged attorney claim and stated for the record the Plaintiff refused

and <u>objected</u> to these tactics and conducts imposed upon the Plaintiff without any true justified actions. Please review related case of <u>1:05CV02353 (RCL)</u>; <u>1:06CV00510 (RCL)</u>; <u>1:06CV00305 (RCL)</u>; 1:06CV01536 <u>(RCL), and others.</u> This case before this court should not served or be judge any different from other cases where FRAUD has been found and located coming from the Defendants' submission or testimonies before this court or any other court. The Defendant had every opportunity to defend self against such lawsuit; therefore, if one goes to the Plaintiff's initial complaint and compare these Exhibits it will clearly say and reveal to any court that this lawsuit is to recover from crimes of deceit such as blackmail, theft, robbery, and other money crimes as the Plaintiff has expressed in the initial complaint. It should clearly reveal to any court of law that this Defendant is a criminal minded person, who has eventually been caught and brought to justice through these unlawful and unethical tactics imposed upon the Plaintiff.

**Exhibit #5:** Plaintiff enters <u>eight pages</u> of the Subpoena Duces Tucum Requests in a Civil Case served upon the Defendant when receiving the Court's summons attached with the initial complaint and deposition to return with Defendant's response to the court.

**Exhibit # 6:** Plaintiff enters <u>four pages</u> of the assigned private investigator's activity log sheet with invoice for service attached.

**Exhibit # 7:** Plaintiff enters <u>seven pages</u> of facts from the <u>U.S. News and World Report</u> to educate the Defendant on the cost factors to educate, and protect the Plaintiff's family against such person as the Defendant. Maybe this information will become better to aid and assist in the coaching and development of the Defendant. This material may become of value in explaining to the Defendant that everything have a cost factor. By the Defendant's actions to impose illegal activities upon the Plaintiff someone has to pay for these damages and the cost factors for the

Plaintiff to continue to move forward to properly protect the Plaintiff and the Plaintiff's family against continuous activities such as these explained in the initial complaint.

**Exhibit # 8:** The Plaintiff enters <u>six pages</u> of the attached proposed order requests for the court to review and sign to bring an end to this case matter before the court to a close.

This concludes the Plaintiff's Motion Request to Enter Discovery by means of Exhibits for the record.

Once again, the Plaintiff rests and place this **ORDER** request in the hands of the judge so that the judge can now review the record as a whole and render the Plaintiff's Summary Judgment by Default and bring this case to a close before this honorable court.

Once again as always when considering a motion for summary judgment, it is known that the court must examine all evidence in the light most favorable to the plaintiff (nonmoving party). I would advised the defendant to consider case laws <u>Langley v. Adams County</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933). When a moving party (the defendant) bears the burden of proof at trial is entitled to summary judgment only when the evidence indicates that no genuine issue of material fact exists. See **Fed. Rules Civ.Proc. Rule 217k2406(2).** *See case law*: <u>Anthony v. United States</u>, 987 F.2d 670,672 (10th Cir.1993). If the moving party (the defendant) does not bear the burden of proof at trial, it must show "that there is an absence of evidence to support the nonmoving party's (the plaintiff) case" In this case the nonmoving party (the plaintiff) has expressed evidence to support the plaintiff's claim; therefore, case law to consider: <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 325, 106 S.Ct. 2548, 2554, 91 L.Ed.2d 265 (1986) holds no merit in this case matter. Therefore the Defendant has sustained no loss in this action, nor did the Plaintiff cause any hurt or harm to the Defendant, the Defendant caused this action or judgment upon self in failing to response to the Court's instructions.

**END OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS.**

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing statements and Exhibits that will serve as evidence are true and correct for the record, I signed these statements before a certified legal notary witnessing me (the Plaintiff) signing to make any but all statements as truthful, legal and binding under oath making this submission and others statements, responses or submission are sworn Affidavit under oath this date forth for the record.

Respectfully Submitted,

*Samuel Clemmons* (signature)
Samuel Clemmons
C/o The Clemmons' Estate
Attn: Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

_Tillmon Bishop_ Chancery Clerk   9-13-06
Notary Signature                 Notary Date and Seal Stamped
By: Alisha McGhee

[CHANCERY COURT LINCOLN COUNTY, MISS. seal]

**Attachments:**

<u>Exhibit # 1 and #2</u> Defendant's Deposition Before and After
<u>Exhibit # 3:</u> State of Georgia Released Information to the court
<u>Exhibit # 4:</u> Evidence from statements made by a legal representative
<u>Exhibit # 5:</u> Subpoena Duces Tucum Requests in a Civil Case
<u>Exhibit # 6:</u> Private Investigators log Sheet Report attached with invoice
**PROPOSED ORDER:**

END OF PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing statements and Exhibits that will serve as evidence are true and correct for the record, I signed these statements before a certified legal notary witnessing me (the Plaintiff) signing to make any but all statements as truthful, legal and binding under oath making this submission and others statements, responses or submission are sworn Affidavit under oath this date forth for the record.

Respectfully Submitted,

Samuel Clemmons
C/o The Clemmons' Estate
Attn: Mrs. Mary L. Lee, Paralegal
P.O. Box 28558
Atlanta, GA 30358

_Tillmon Bishop, Clerk_  9-13-06
Notary Signature                Notary Date and Seal Stamped
By: Alisha McBeehe

**Attachments:**

**Exhibit # 1 and #2** Defendant's Deposition Before and After
**Exhibit # 3:** State of Georgia Released Information to the court
**Exhibit # 4:** Evidence from statements made by a legal representative
**Exhibit # 5:** Subpoena Duces Tucum Requests in a Civil Case
**Exhibit # 6:** Private Investigators log Sheet Report attached with invoice
**PROPOSED ORDER:**

8

**PLAINTIFF'S COMPLAINT ADDRESS:**

THE CLEMMONS' ESTATE
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

                              OR

THE CLEMMONS' ESTATE
**ATTN: Mr. N.W. HANDY**
C/O SAMUEL CLEMMONS
3004 WYNFORD STAT.
MARIETTA, GA 30064

Clemmons' Estate vs. SHAROLYN Y. EVANS, AKA: ALLISON S. JOHNSON & THE STATE OF GEORGIA