# EXHIBIT # 2

(15)

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

# AFTER
### BEING SERVED SUMMONS

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
    ACT
DATE STAMP: 07/20/2006

# Motion to Enter Deposition

| State of Georgia (Sharolyn Evans)<br>VS<br>Samuel Clemmons | Witness Deposition Form<br>Case # 02C25757 | Public Record<br>30 minutes to complete |
|---|---|---|

The following lists of questions below are information the state's witness will provide to the court concerning this case. Please answer all the questions within the given time period of three days. Sign the form before a notary making it a legal and sworn document before the court.  Return your responses back to the court and the defendant's attorney in the self-address envelope provided.

## For The Record

**Please give the following information on the defendant:**

1. _____
        **(Full Name)**                    2. Date of Birth: _____-_____-_____

3. **Home Address:** _____, **City:** _____, **State** _____, **Zip Code:**_____

4. **Place of Birth:** _____, **Home Phone #:** _____-_____-_____, **Height:** _____

5. **Weight**_____ **lbs,    6. Hair Color:** _____,        **7. Eye Color:** _____,

8. **Occupation:**_____, **Approx Income level:** _____

9. **Mother's Name:** _____, **10. Father's Name:**_____

11. **Does the defendant have any siblings?  Yes ☐        No☐**
        **(If Yes, please provide how many and possible names)**

_____
_____
_____

12.  **Does the defendant have children? Yes ☐      No ☐**
        **(If Yes, how many and list possible names and ages below)**

_____ - _____ - _____
_____ - _____ - _____

13. **Please state below any birthmarks, scars or tattoos known on the defendant, if any, give description and location of these marks.**

_____
_____
_____

# AFTER
BEING SERVED
SUMMONS

# AFTER
2

**BEING SERVED**
**SUMMONS**

| **Abandonment Questions:** |
|---|

**14. How long have you known the defendant?**    1 day ☐    2 days ☐    3 days ☐    4 days ☐
1 week ☐    2 weeks☐    3 weeks ☐    1month ☐    2 / 3 months ☐    4/ 5 months ☐
6 / 11 months ☐    1 yr ☐    2yrs ☐    3yrs ☐    4yrs ☐

**15. How long have you and the defendant live together?** 1 yr ☐   2yrs ☐    3yrs ☐    4yrs ☐
**16. Have you and the defendant ever shared an apartment or home together?** Yes ☐    No ☐
**17. Have you and the defendant ever shared any living expenses together?**    Yes ☐    No ☐

       **Please check all that apply below:**

    **Rent** ☐     **Light** ☐     **Water Bill** ☐     **Gas** ☐     **Groceries** ☐     **Auto**☐

    *(If you checked any box above, please provide the court a copy of any bills or receipts to show proof of such)*

**18. Who gave you the defendant's home address or how did you get his address?** (*Please state in comment section*)

    Comments: _____
_____
_____
_____

**19. Did the defendant give you his home address?**     Yes ☐ No ☐

| **Relationship Questions:** |
|---|

**20. Were you and the defendant ever any of the following listed below?**

**Lovers**☐    **Best Friends** ☐    **Married**☐    **Mutual Friends**☐    **Sex Partners** ☐

*(If you've checked any of the above please provide the court dates and a time frame when such occurred. Please provide the court any photos, witness' names, addresses, and legal documentation to justify your responses.)*
*Comments:*

_____
_____
_____
_____

**21. How did you and the defendant meet? Please check the appropriate box below:**
    Walk by    ☐    Mutual Friends    ☐    At a Party/ Event    ☐    Through Relatives ☐

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Recor

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
    ACT
DATE STAMP: 07/20/2006

(18)

# AFTER

3

## BEING SERVED
## SUMMONS

**Relationship Questions Cont:**

**Reference Question # 21:**
*(If you met the defendant through mutual friends or relatives please give the court names, addresses and phone numbers of each individual.)*

**Comments:**_____
_____
_____
_____

**State Witness Information:**

## Please provide the following information about yourself:

22. _____     23. **Date of Birth:** _____-_____-_____
    **(Full Name)**

24. **Home Address:** _____, **City:** _____, **State** _____, **Zip Code:**_____

25. **Place of Birth:** _____, **Home Phone #:** _____-_____-_____, **Height:** _____

26. **Weight**_____ **lbs, 27. Hair Color:** _____,     28. **Eye Color:** _____,

29. **Occupation:** _____, 30. **Income level:** _____

31. **Mother's Name:** _____, 32. **Father's Name:** _____

33. **Are you currently employed?    Yes** ☐    **No** ☐

    **If yes, please provide name, address and phone number of your employer below:**

_____
_____
_____

34. **Do you have any children?    Yes** ☐    **No** ☐

    **If yes, please provide name and date of birth of all children below:**

_____
_____
_____
_____

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Record

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
        ACT
DATE STAMP: 07/20/2006

14

AFTER
BEING SERVED
SUMMONS

4

| State Witness Information Cont: |

**35. Have you ever had any miscarriages? Yes** ☐ **No** ☐
**36. Have you ever had any abortions?    Yes** ☐ **No** ☐

If yes, to questions 36 and 37, please provide month and year of occurrence and provide names and address of physician whom performed such treatment or action below.

_____
_____
_____
_____

**37. Do you have a family physician?   Yes** ☐ **No** ☐

If yes, please provide name, address and phone number of your family physician below:

_____
_____
_____
_____

**38. Have you ever been treated for a mental illness? Yes** ☐ **No** ☐

If yes, please give name, address and phone number of medical profession treating and conducting counseling for this illness.

_____
_____
_____

**39. Have any family member ever been treated for a mental illness?   Yes** ☐ **No** ☐

**40. Are you currently being treated for a mental illness? Yes** ☐ **No** ☐

If yes to questions # 39 & 40 please give name, address and phone number of medical profession treating and conducting counseling for this illness.

Comments: _____
_____
_____
_____

**41. If you answered yes to the miscarriage or abortion questions which are questions number 35 and 36 did you seek or request to seek medical treatment from the State of Georgia or the state in which you lived?    Yes** ☐ **No** ☐

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
     ACT
DATE STAMP: 07/20/2006

# AFTER

5

**BEING SERVED**
**SUMMONS**

## State Witness Information Cont:

**If No, Please explain why not below?**

_____
_____
_____
_____
_____
_____

**42. If you answered yes to questions number 39 and 40, please provide name, address and phone of medical profession who conducted such counseling or treatment below:**

_____
_____
_____
_____

**43. Have you or any family member ever thought about, think about, or ever committed suicide?**
**Yes** ☐    **No** ☐

    **If yes, to the above question, please provide names of individual, and date of event if such suicide ever was attempted, or occurred below:**

*Provide answer to question # 43 below:*

_____
_____
_____
_____
_____

## More Questions about the Defendant:

**If you checked any of the boxes in questions # 14-20, please answer below:**

**44. Has the defendant ever done any of the following to you?**

| | | Yes | No |
|---|---|---|---|
| ☐ | Abused you mentally or physically | Yes ☐ | No ☐ |
| ☐ | Forced sex upon you? | Yes ☐ | No ☐ |
| ☐ | Made you have sex | Yes ☐ | No ☐ |
| ☐ | Made any sexual advances upon you? | Yes ☐ | No ☐ |
| ☐ | Raped you? | Yes ☐ | No ☐ |
| ☐ | Brought or gave you gifts for sex? | Yes ☐ | No ☐ |
| ☐ | Paid you for sex? | Yes ☐ | No ☐ |
| ☐ | Asked you for sex? | Yes ☐ | No ☐ |

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Recor

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
   ACT
DATE STAMP: 07/20/2006

# AFTER

6

### BEING SERVED SUMMONS

## More Questions about the Defendant:

**If you answered yes to any of the questions above, please give the court a brief description of what happened and provide to the court the date and time of each occurrence. How much did the defendant give you if such gifts were given for sex? (Dollar amount if such were paid for sex) or tell us how the defendant inquired or persuaded you to have sex. Please explain below:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Question about the Witness and for the Witness

45. **Do you believe in birth control prevention?**   **Yes** ☐   **No** ☐
46. **Have you ever used birth control?**   **Yes** ☐   **No** ☐
47. **Do you believe in childbirth out of wedlock?**   **Yes** ☐   **No** ☐
48. **Do you believe in having children through marriage?**   **Yes** ☐   **No** ☐
49. **Are you a Christian?**   **Yes** ☐   **No** ☐
    (If answered yes to question # 49 what is your religious domination? Please state below)

Baptist ☐     Methodist ☐     Catholic ☐     Protestant ☐     Other ☐

If other is check above, please give name of your religious practice below:

_____
_____

50. **What is your level of education?**
    a. **Graduated from High School**     Yes ☐   No ☐
    b. **Graduated from a Junior College**   Yes ☐   No ☐
    c. **Graduated from a University**   Yes ☐   No ☐
    d. **Graduate School Research**   Yes ☐   No ☐
    **If you answered yes to the above, please give name of institution and date of graduation below:**

**Comment on next page:**

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Record

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 07/20/2006



# AFTER

**BEING SERVED**
**SUMMONS**

| **Question about the Witness and for the Witness Cont:** |
|---|

51. Please give us the name of the individual(s), agencies, or state that educated you to take these steps to ignited such criminal charges against the defendant. Please provide complete and accurate information below:

_____
_____
_____
_____

52. Based on the information above and the answers you have given the court today, could you explain why you would like for the defendant to be the father of your child or children, and why you are here today making these allegations, accusations or claims against the defendant? Please explain in your own words below:

_____
_____
_____
_____

53. Base on the answer you gave to question # 52, did you file a civil paternity action under OCGA § 19-7-40 et seq.?         Yes  ☐     No  ☐
    If you answered yes, when and where was such action filed? Please state below:

Comments: _____
_____
_____
_____

    If you answered no to question # 53, please explain to the court why you refuse to file such actions? Please state for the record below:

Comments: _____
_____
_____
_____

54. Have you ever committed a criminal act or crime?      Yes  ☐     No  ☐

55. Does the defendant know any of your family members, or ever had face-to-face contact, or conversation with members of your immediate family?  Yes  ☐     No  ☐

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
    ACT
DATE STAMP: 07/20/2006

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Record

# AFTER

### BEING SERVED
### SUMMONS

---

| **Question about the Witness and for the Witness Cont:** |
|---|

If you answered yes to any of the above question # 54 and 55, please give nature of criminal act or crime committed. In the additional comments section give us the information as to which family member the defendant knows or had face-to-face contact or conversation. Please provide information below:

Comments: _____
_____
_____
_____

56.    **To your knowledge has the defendant ever committed a crime?**
                        Yes   ☐      No    ☐

57.    **Why are you imposing or suggesting criminal charges upon the defendant? Please explain below:**

Comments: _____
_____
_____
_____

58.    **What crime are you claiming the defendant imposed upon you or harm or hurt has the defendant done to you? Please state in your own words below:**

Comments: _____
_____
_____
_____
_____
_____

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
    ACT
DATE STAMP: 07/20/2006

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Record

(24)

# AFTER
## BEING SERVED
## SUMMONS

9

---

### Question about the Witness and for the Witness (Cont)

59.  Based on the answers you have given us today on this deposition form do you still feel you are a victim of a crime committed?          Yes   ☐       No ☐

      If yes, please explain below

Comments: _____

_____

_____

_____

60.  Do you agree to the charges the state is trying to impose upon the defendant?
        Yes   ☐     No     ☐

      If yes, please explain below

Comments: _____

_____

_____

_____

61.  Did you ever notify the defendant of childbirth?  Yes    ☐     No    ☐

      If yes, when, where, and how did you notify the defendant. Please fully explain below:
      Attached all documents of proof, i.e., by certified mail, phone number calls, email, etc.
Comments: _____

_____

_____

_____

62.  Based on all your evidence to support your statements will you (the state's witness) be willing to sell this case over to a major network such as Court TV?   Yes   ☐       No    ☐
      If no, please explain below:

Comments: _____

_____

_____

_____

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
ACT
DATE STAMP: 07/20/2006

26

# AFTER
### BEING SERVED

| Closing of deposition |
|---|

63.    **Based on the answers you have given today on this form are they all true, accurate and correct?**    Yes  ☐    No  ☐

    **I, Sharolyn Evans, the State's witness have reviewed and answered the deposition in its entirety and sign below that I have carefully reviewed all questions of concern in this deposition and I am signing it in good faith that all my answers are true and accurate and that I understand under the penalty of the law of perjury I will be charged for any false or misleading information under oath on this form before a jury and that any intentionally or wrong answers given will be held against me in any court of law.**

    **I am consenting by my signature below that my answers are true and correct before this notary.**

    **State of Georgia**

    **County of Dekalb County**

        **Subscribed and sworn to before me by Sharolyn Evans, the State witness in the**

**Aforementioned case # 02C25757 on this _____ day of _____, 2003.**

                       _____
                             **Notary Public**

                       **My Commission Expires on_____
                                (Date, Month, Year)**

```
CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
      ACT
DATE STAMP: 07/20/2006
```

# AFTER

11

**Additional Comments:**

<u>BEING SERVED
SUMMONS</u>

Comments to question # 18, please state below: _____

_____
_____
_____
_____
_____


**Additional Comment, please state number to each additional comment below:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY
   ACT
DATE STAMP: 07/20/2006

State v. Clemmons, Case # 02C25757-1, Motion to enter Deposition for the Record

# AFTER

BEING SERVED
SUMMONS

# CONSUMER AND MEDICAL INFORMATION AUTHORIZATION

Through this document, a private company and its affiliates will be hired to disclose to you that a consumer and medical report will be obtained from the credit bureau and the medical information bureau for the sole purpose of evaluating your character, employment, stability and medical history. These reports may also contain information bearing on your character and general reputation from other public record sources.

➢  I authorized and request any of these reports from private investigation companies to be obtain and allowed to be submitted in any court of law. I am willing that a photocopy of this authorization is accepted with the same authority as the original, and I specifically waive any written authorized request.
➢  I have the rights to make a written request within a reasonable period of time to receive the additional, detailed information about the nature and scope of this investigation.
➢  I authorize the Clemmons' Estates and its affiliates to share information with the appropriate people or court involved in this investigation. I do give and grant my consent for the record to obtain this information.

I have received the notice of this request for the record:

Print Name: _____

Signature of
Consenting party: _____

If name changed (through marriage or otherwise), print former name below:

_____

Date of Birth
(For identification purpose only): _____

Social Security Number: _____-_____-_____

Physician Name: _____

Address: _____

_____

_____

Phone #: _____-_____-_____

CASE NUMBER: 1:06CV01285
JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 07/20/2006