# EXHIBIT # 3



**PAGE INTENTIONALLY LEFT BLANK
FOR THE DEFENDANT**