# EXHIBIT # 4

# Venice R. Daley
Attorney at Law
P.O. Box 361751
Decatur, Georgia 30036
(404) 932-3121

FEB 2 2004

Ms. Rebecca A. Hall,
    Grievance Counsel
State Bar of Georgia
Office of the General Counsel
104 Marietta Street, N.W.
    Suite 100
Atlanta, Georgia 30303

       Ref.: Response to Grievance filed by Samuel Clemmons

Dear Attorney Hall:

      This letter is in response to the grievance filed by Mr. Samuel Clemmons. Mr. Clemmons claims that: 1. I failed to "provide agreeable legal representation; and 2. I failed to inform him of court actions.

      The following chronological outline will show that for the initial retainer fee of $750.00, I not only appeared at several court hearings on behalf of Defendant (and on one such occasion Mr. Clemmons himself failed to show), but I also conducted legal research, prepared motions, and responses to motions filed by the State, as well as argued these motions before Dekalb County Judge Wong.

      The following outline will also show that on numerous occasions I attempted to contact Mr. Clemmons by phone and letters. On two different occasions my letters that were sent "certified" were returned as "unclaimed". #1



got the wrong guy". [I made personal notations that Clemmons was a veteran. I also noted that he would often go off tangent, informing me that he was being watched by the government and that it all began when he lost his wallet years ago; he summized that someone had stolen his identity and is committing government crimes.)

I explained to Clemmons that for a flat fee of $750.00 that I would appear in court on his behalf for all pre-trial hearings/negotiations. I specifically informed him that if this case were to go to trial, additional funds would be required. Clemmons agreed. Specifically noted on the front page of the agreement was that: "[t]he attorney's fee rate is $150.00". I crossed out the typed fee rate of $250.00, and hand wrote the hourly sum of $150.00. I wrote this in to indicate what my fee would be if this case were to go to trial. Also clearly cited in the Agreement was that upon signing, he acknowledged that it was his responsibility to **"stay in contact with Attorney, and do not let 20 calendar days pass without initiating contact with Attorney's office to obtain a status report on [his] case."** See Exhibit C. Clemmons agreed and paid $750.00 in cash in order to retain my services.

April 2002

During this month, Mr. Clemmons mailed and faxed me a dozen or so documents that he thought would "bolster" his credibility. A few of these documents are the following: An "Answer to Complaint" prepared by Mr. Clemmons, a letter written to Mr. Clemmons by "The Montel Williams Show", a letter written to Mr. Clemmons from the Mayor of "Mayersville, Mississippi", and a letter from Bellsouth, indicating that he has had the same



phone number since June of 2000. Whether any of these documents were genuine was at issue in my mind. See Exhibits D-1, D-2, D-3, and D-4.

May 1, 2002

On this date I met with Dekalb Assistant Solicitor Kim Sanders at her office. She informed me that the case had not been formally accused—but that it will be. The case had been scheduled for June 3, 2002 before Judge Wong. She also gave me a bit of information concerning the statements of the child's mother, Ms. Evans. Assistant Solicitor read off Ms. Evans description and background details on Mr. Clemmons. I personally noted that Ms. Evans description and details were on point.

May 6, 2002

After conducting several hours of legal research, I prepared a letter to Clemmons informing him of a few of the results of my research. (See Exhibit E).

June 3, 2002

Mr. Clemmons did appear at the June 3rd arraignment calendar. We pled not guilty and scheduled the next court date for July 5th. The Assistant Solicitor, Rupal Vaishnav, informed Clemmons when and where he should submit to a         test. Clemmons refused.



Sincerely,

*[signature]*      1/30/04

Attorney Venice R. Daley
P.O.Box 361751
Decatur, Georiga 30036
404-932-3121

I

(35)