# EXHIBIT # 6

1

# Crumbaugh & Associates
## INVESTIGATORS

P. O. Box 2524  
Anniçois, AL 36202  
(205) 822-7000  

**MAIN OFFICE**  
74 McAfee Road  
Rossville, Georgia 30741-2999  
(706) 861-1984  
Facsimile (706) 861-1985  

62 Mobile Avenue, NE  
Atlanta, GA 30305  
(404) 982-0000  

**September 12, 2006**

Clemmons' Estate  
ATTN: C. Owens  
C/O Samuel Clemmons  
2137 Soft Pine Lane  
Acworth, GA 30132  

RE:  Client     : Clemmons' Estate  
     Subject   : Sharolyn Y. Evans  
     O/F       : 34-1583  
     C/N       : 1:06CV01285 (RCL)  

Subject        : Letter report with invoice  

Dear: C. Owens,

Please find enclosed activity sheets with invoice for services rendered. You will note that there is a balance owed above the retainer. I am planning on working on your case either Tuesday or Wednesday of this week, when I will try to make contact with her and the police officer. I suggest that you send an additional retainer of $1,000.00. If you have any questions, please feel free to let us know. I remain,

Respectfully yours,


C. F. Crumbaugh

Encl    : Activity sheets and invoice  
Cc      : Our file

# Crumbaugh & Associates
## INVESTIGATORS

74 McAFEE ROAD, ROSSVILLE, GEORGIA 30741
TELEPHONE: 706/861-1984 - FAX: 706/861-1985
PAGER: 800/541-6478

**TO:** Clemmons' Estate
ATTN: C. Owens
C/O Samuel Clemmons
2137 Soft Pine Lane
Acworth, GA 30132

**DATE:** August 1, 2006

**RE:**
| | |
|---|---|
| Plaintiff | : Clemmons' Estate |
| Defendant | : Sharolyn Y. Evans |
| O/F | : 34-1583 |
| Case # | : 1:06CV01285 (RCL) |

| FOR PROFESSIONAL SERVICES | AMOUNT |
|---|---|
| **Retainer Fee** | $600.00 |
| | |
| Total to Date | $600.00 |
| Outstanding Amount | |
| Credit Card Service Charge | |
| Check # 8513 on 08/01/06 for $600.00   Payments Received | $600.00 |
| Grand Total | $0.00 |

THANK YOU,
TAX ID #317341775      Finance charge of 1.5% per month will be assessed to outstanding balance.

# Crumbaugh & Associates
## ACTIVITY SHEET

OUR FILE:   34-1583

| Date/Time | Activity | I/T | Miles | Misc. |
|---|---|---|---|---|
| **08-01-06** | CFC | | | |
| | Received assignment from Plaintiff's attorney. Sent e-mail and acknowledgement to the sender plus will forward invoice for the check received. Set up file. | | | |
| **08-07-06** | CFC | | | |
| | Prorate travel time with another file round trip. | 2.00 | 124 | |
| 7:00PM | Back on case. | | | |
| 7:36PM | Arrived in area of Evans residence. | | | |
| 8:00PM | Pulled off. | 1.00 | | |
| **08-08-06** | CFC | | | |
| 8:13AM | Called information secured phone number of C. Owens 770-529-1405. I spoke with Mrs. Owens. She is going to have her husband call me. | | | C-4 |
| 8:47AM | Called work number 678-256-7191. Doesn't work there by that name. Called resident number 404-297-7009, number is disconnected and not in service. | | | C-2 |
| 8:55AM | Sam Clemons called from 770-949-1505. He is currently in the hospital. He will look to see if he can get her age ect. Information. Prepared notes and fax information. | 1.00 | | C-8 |
| 10:15AM | Called office. | | | |
| 10:16AM | Sent fax to office regarding location and data on subject. | | | |
| 11:45AM | Called office to send direction maps. | | | |
| 12:02PM | Received fax. | .25 | | |
| 2:00PM | Left area. | | | |
| 2:48PM | Arrived at 6703 Treehulls Parkway, Stone Mtn, GA. Have to wait for manager. | | | |
| 3:08PM | Toni Walker manager returned. Her records reflect 6703 Treehills Pkwy has been vacant for "8" days with no forwording address. | | | Data-$75.00 |
| 3:10PM | Left area. | | | |
| 3:45PM | Returned to office. | 1.75 | 32 | |
| | Received e-mail from client and he is to advise. | | | |
| **08-24-06** | CFC | | | |
| 4:00PM | Left office. | | | |
| 5:00PM | Arrived at apartment complex building 30 Apt. B. Knocked on the door. I spoke with another apartment renter and she said the person living there was a black female and had been there two to three weeks. | | | |
| 7:00PM | Left area no show pulled off. | | | |
| 8:00PM | Returned to office. | 4.00 | 100 | |

2

Presidents Park
1231 Clairmont Road
Decatur, GA
404-325-4193

| | | | | |
|---|---|---|---|---|
| **09-10-06** | CFC | | | |
| 1:30PM | Review material received. | | | |
| 2:30PM | Completed review. | 1.00 | | |
| **09-11-06** | CFC | | | |
| | Letter and report. | .50 | 0 | 0 |
| | **Total** | **11.50** | **256** | **C-14** |