# EXHIBIT # 7

Case 1:06-cv-01285-RCL    Document 7-8    Filed 09/18/2006    Page 2 of 9



# CULTURE & IDEAS

By Phillip J. Longman

To examine in coldly economic terms a parent's decision to have children is widely thought to be in bad taste. A child, after all, isn't precisely akin to a consumer product such as a dishwasher, a house, a car, or a personal computer—any one of which, of course, is cheaper to acquire and usually easier to return. A child is a font of love, hope for the future, continuation of one's bloodline, and various other intangible pleasures, and it is these sentimental considerations (along with some earthier imperatives) that prevail when parents bring a child into this world.

But let's face it: Children don't come free. Indeed, their cost is rising. According to one government calculation, the direct cost of raising a child to age 18 has risen by 20 percent since 1960 (adjusted for inflation and changes in family size). And this calculation doesn't take into account the forgone wages that result from a parent taking time off to raise children—an economic cost that has skyrocketed during the last generation as women have entered the work force in unprecedented numbers. "It's become much more expensive to raise children while the economic returns to parents have diminished," notes feminist economist Shirley Burggraf. "The family can't survive on romance."

Knowing the real cost of children is critical to a host of financial questions, such as how much house one can afford, how much one should be saving for college tuition, and how much one must earn to have a larger family. To help answer such questions, U.S. News has undertaken to identify and add up as best it can all the costs of raising a child from birth to college graduation. (For the purposes of this calculation, we're assuming these children will pay for any advanced degrees they may want out of their own pockets.)

Our starting point is data from the United States Department of Agriculture, which every year publishes estimates of how much families in different income brackets spend on raising children to age 18. To these calculations we have added the cost of a college education and wages forgone because of the rigors of child-rearing. (There's plenty we haven't counted: soccer camp, cello lessons, SAT prep., and other extra-cost options.) What we've found is that the typical child in a middle-income family requires a 22-year investment of just over $1.45 million. That's a pretty steep price tag in a country where the median income for families with children is just $41,000. The child's unit cost rises to $2.78 million for the top-third income bracket and drops to $761,871 for the bottom-third income bracket.

Tut tut, you say. Surely this is another case of newsmagazine hyperbole. All right, then, let's take it from the top:

# THE COST OF CHILDREN

Of course they're cute. But have you any idea how much one will set you back? A hardheaded inquiry

■ **Acquisition costs.** In most cases, conceiving a child biologically is gloriously cost free. But not for all: An estimated 6.1 percent of women ages 15-24, and 11.2 percent of women ages 25-34, suffer from what health statisticians refer to as "impaired fecundity." Serving this huge market are some 300 infertility clinics nationwide that performed 59,142 treatment "cycles" in 1995, according to a recently released study by the Centers for Disease Control and Prevention. The cost of treatments—only 19 percent of which actually produced a take-home baby—averaged around $8,000 a try. It's not uncommon for infertile couples to spend $50,000 or more in pursuit of pregnancy. Though most insurance policies will pay for some form of infertility treatment, insurers are cutting back rapidly in the total bills they'll cover. For the purposes of our tally, we'll ignore fertility treatments, but this can be a significant cost.

For most people, the meter starts running with pregnancy. Costs vary dramatically from hospital to hospital, from region to region, and according to how complicated the pregnancy is. Out-of-pocket costs, obviously, will also vary

Photography by Bruce Plotkin for USN&WR

U.S. News & World Report, March 30, 1998    51



**CULTURE & IDEAS**

# Cost of children born in 1997

## Higher income (one-child family; 1997 before-tax family income: more than $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Princeton) | Foregone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | $5,915 | $1,624 | $1,885 | $719 | $744 | $2,120 | $1,860 | | $44,650 | $59,518 |
| 1 | $6,211 | $1,706 | $1,979 | $755 | $781 | $2,226 | $1,953 | | $48,669 | $64,279 |
| 2 | $6,521 | $1,791 | $2,078 | $793 | $820 | $2,338 | $2,051 | | $53,049 | $69,440 |
| 3 | $6,804 | $2,124 | $2,139 | $818 | $833 | $2,670 | $2,168 | | $57,823 | $75,379 |
| 4 | $7,144 | $2,231 | $2,246 | $859 | $874 | $2,803 | $2,276 | | $63,027 | $81,461 |
| 5 | $7,501 | $2,342 | $2,358 | $902 | $918 | $2,944 | $2,390 | | $41,047 | $60,402 |
| 6 | $7,760 | $2,974 | $2,675 | $1,030 | $1,097 | $2,127 | $2,576 | | $45,847 | $66,087 |
| 7 | $8,148 | $3,123 | $2,809 | $1,082 | $1,152 | $2,233 | $2,704 | | $52,033 | $73,285 |
| 8 | $8,556 | $3,279 | $2,950 | $1,136 | $1,209 | $2,345 | $2,840 | | $57,900 | $80,214 |
| 9 | $8,599 | $4,001 | $3,232 | $1,306 | $1,366 | $1,712 | $3,039 | | $65,315 | $88,572 |
| 10 | $9,029 | $4,201 | $3,393 | $1,373 | $1,434 | $1,798 | $3,191 | | $72,460 | $96,880 |
| 11 | $9,480 | $4,411 | $3,563 | $1,442 | $1,506 | $1,888 | $3,351 | | $64,402 | $90,042 |
| 12 | $10,444 | $4,855 | $3,986 | $2,494 | $1,581 | $1,537 | $3,897 | | $72,230 | $101,024 |
| 13 | $10,966 | $5,097 | $4,185 | $2,619 | $1,660 | $1,619 | $4,092 | | $82,517 | $112,750 |
| 14 | $11,514 | $5,352 | $4,395 | $2,750 | $1,743 | $1,694 | $4,296 | | $92,118 | $123,863 |
| 15 | $11,006 | $5,929 | $5,626 | $2,629 | $1,933 | $3,119 | $3,944 | | $104,460 | $138,642 |
| 16 | $11,556 | $6,226 | $5,901 | $2,761 | $2,030 | $3,275 | $4,141 | | $116,188 | $152,088 |
| 17 | $12,136 | $6,537 | $6,196 | $2,899 | $2,132 | $3,439 | $4,348 | | $130,979 | $168,665 |
| 18 | | | | | | | | $103,574 | $145,257 | $248,831 |
| 19 | | | | | | | | $110,831 | $140,766 | $251,597 |
| 20 | | | | | | | | $118,605 | $156,987 | $275,592 |
| 21 | | | | | | | | $126,935 | $177,732 | $304,667 |
| Total | $159,294 | $67,805 | $61,589 | $28,379 | $23,813 | $41,891 | $55,117 | $459,945 | $1,885,454 | **$2,783,268** |

## Middle income (one-child family; 1997 before-tax family income: $35,500 to $59,700)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Univ. of Michigan) | Foregone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | $3,720 | $1,228 | $1,352 | $546 | $645 | $1,401 | $1,104 | | $23,600 | $33,594 |
| 1 | $3,906 | $1,289 | $1,419 | $573 | $677 | $1,471 | $1,159 | | $25,724 | $36,218 |
| 2 | $4,101 | $1,353 | $1,490 | $602 | $711 | $1,545 | $1,217 | | $28,039 | $39,058 |
| 3 | $4,263 | $1,636 | $1,522 | $617 | $718 | $1,809 | $1,306 | | $30,563 | $42,434 |
| 4 | $4,476 | $1,718 | $1,598 | $648 | $754 | $1,899 | $1,372 | | $33,313 | $45,778 |
| 5 | $4,700 | $1,804 | $1,678 | $681 | $791 | $1,994 | $1,440 | | $21,695 | $34,783 |
| 6 | $4,819 | $2,426 | $1,961 | $796 | $947 | $1,346 | $1,579 | | $24,233 | $38,108 |
| 7 | $5,060 | $2,547 | $2,059 | $836 | $995 | $1,413 | $1,658 | | $27,502 | $42,072 |
| 8 | $5,313 | $2,675 | $2,162 | $879 | $1,044 | $1,484 | $1,740 | | $30,603 | $45,901 |
| 9 | $5,194 | $3,289 | $2,405 | $1,020 | $1,193 | $1,020 | $1,885 | | $34,523 | $50,527 |
| 10 | $5,454 | $3,454 | $2,525 | $1,071 | $1,252 | $1,071 | $1,979 | | $38,299 | $55,104 |
| 11 | $5,726 | $3,627 | $2,651 | $1,124 | $1,315 | $1,124 | $2,078 | | $34,040 | $51,685 |
| 12 | $6,502 | $3,852 | $3,029 | $1,962 | $1,381 | $868 | $2,539 | | $38,178 | $58,331 |
| 13 | $6,828 | $4,045 | $3,180 | $2,061 | $1,450 | $912 | $2,666 | | $43,615 | $64,776 |
| 14 | $7,169 | $4,247 | $3,339 | $2,165 | $1,522 | $957 | $2,799 | | $48,690 | $70,908 |
| 15 | $6,445 | $4,950 | $4,434 | $2,037 | $1,701 | $1,701 | $2,372 | | $55,213 | $78,852 |
| 16 | $6,767 | $5,197 | $4,656 | $2,138 | $1,786 | $1,786 | $2,490 | | $61,412 | $86,233 |
| 17 | $7,105 | $5,457 | $4,888 | $2,245 | $1,876 | $1,876 | $2,615 | | $69,230 | $95,292 |
| 18 | | | | | | | | $35,821 | $76,777 | $112,598 |
| 19 | | | | | | | | $38,140 | $74,402 | $112,543 |
| 20 | | | | | | | | $40,614 | $82,976 | $123,591 |
| 21 | | | | | | | | $43,255 | $93,941 | $137,196 |
| Total | $97,548 | $54,795 | $46,345 | $22,083 | $20,757 | $25,676 | $33,998 | $157,831 | $996,587 | **$1,455,591** |

## CULTURE & IDEAS

# Cost of children born in 1997

Lower income (one-child family; 1997 before-tax family income: less than $35,500)

| Age | Housing | Food | Transportation | Clothing | Health care | Day care and education | Misc. | College (Florida A&M) | Forgone wages | Total for year |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $2,753 | $1,029 | $905 | $459 | $496 | $856 | $719 | | $11,050 | $16,267 |
| 2 | $2,890 | $1,081 | $950 | $482 | $521 | $898 | $755 | | $12,045 | $19,622 |
| 3 | $3,035 | $1,135 | $996 | $506 | $547 | $943 | $793 | | $13,129 | $21,085 |
| 4 | $3,144 | $1,321 | $1,005 | $517 | $545 | $1,120 | $847 | | $14,310 | $22,808 |
| 5 | $3,301 | $1,387 | $1,055 | $543 | $573 | $1,176 | $889 | | $15,596 | $24,521 |
| 6 | $3,466 | $1,456 | $1,108 | $570 | $601 | $1,234 | $934 | | $10,158 | $19,527 |
| 7 | $3,523 | $1,977 | $1,363 | $681 | $731 | $764 | $1,047 | | $11,346 | $21,433 |
| 8 | $3,699 | $2,076 | $1,431 | $715 | $768 | $803 | $1,099 | | $12,877 | $23,468 |
| 9 | $3,884 | $2,180 | $1,502 | $751 | $806 | $843 | $1,154 | | $14,329 | $25,450 |
| 10 | $3,674 | $2,732 | $1,712 | $866 | $923 | $539 | $1,270 | | $16,164 | $27,879 |
| 11 | $3,858 | $2,868 | $1,798 | $909 | $970 | $566 | $1,333 | | $17,932 | $30,233 |
| 12 | $4,051 | $3,012 | $1,888 | $954 | $1,018 | $594 | $1,400 | | $15,938 | $28,854 |
| 13 | $4,743 | $3,318 | $2,227 | $1,692 | $1,069 | $445 | $1,826 | | $17,876 | $33,196 |
| 14 | $4,980 | $3,484 | $2,338 | $1,777 | $1,122 | $468 | $1,917 | | $20,421 | $36,506 |
| 15 | $5,229 | $3,658 | $2,455 | $1,866 | $1,178 | $491 | $2,013 | | $22,797 | $39,686 |
| 16 | $4,434 | $4,150 | $3,480 | $1,727 | $1,315 | $851 | $1,547 | | $25,852 | $43,355 |
| 17 | $4,656 | $4,358 | $3,654 | $1,814 | $1,380 | $893 | $1,624 | | $28,754 | $47,133 |
| 18 | $4,888 | $4,576 | $3,837 | $1,904 | $1,449 | $938 | $1,705 | | $32,415 | $51,713 |
| 19 | | | | | | | | $16,783 | $35,948 | $52,731 |
| 20 | | | | | | | | $17,802 | $34,837 | $52,639 |
| 21 | | | | | | | | $18,886 | $38,851 | $57,737 |
| 22 | | | | | | | | $20,038 | $43,985 | $64,023 |
| Total | $70,208 | $45,797 | $33,706 | $18,732 | $16,013 | $14,421 | $22,873 | $73,509 | $466,613 | $761,871 |

Note: Numbers may not add up because of rounding

where tuition averaged $1,934 in 1993-94, the last school year for which data are available. By contrast, parents earning over $125,000 a year who send a child to the elite Deerfield Academy in Deerfield, Mass., and who manage to qualify for financial aid, are expected to contribute $10,600 a year in tuition. Overall, the U.S. Department of Education reports, private-school tuition in 1993-94 averaged $2,200 a year in elementary schools and $5,500 in secondary schools, with schools for children who are handicapped or have "special needs" charging an average $15,189. These costs have been rising quickly. Reflecting increasing demand, the average tuition of private schools increased by more than double the overall rate of inflation between 1990 and 1996.

■ **Toys and other miscellaneous expenses.** The USDA doesn't break out spending on toys by income group or the age of children. But for all husband-and-wife families with children, the average amount spent on pets, toys, and playground equipment in 1995 was $485.

What do all these bills come to? USDA calculates that a typical middle-class, husband-wife family will spend a total of $301,183 to raise an only child born in 1997 to age 18 (table, Page 53). More affluent parents (with income over $59,700 a year) will spend an average of $437,869 on an only child. The average figure for lower-income families (with income below $35,500 a year) is $221,750.

Certain economies of scale are available to larger families. As family size increases, food costs per person go down the most. (Just feed everyone stew.) Per capita housing and transportation costs also decrease, but not by as much. All told, for middle-class families, the marginal cost of raising a second child will be approximately 24 percent less than the cost of a single child. The marginal unit cost continues to drop for each successive child.

Now let's consider two costs the USDA calculation leaves out. The first is college. From the start of the 1990s through September of 1997, average tuition at the nation's colleges increased by more than 75 percent, while overall prices in the economy inflated by little more than 26 percent. Common sense would suggest that this rate of tuition inflation cannot possibly sustain itself over the long term, especially if real family income remains flat or grows only slowly. Sooner or later, some combination of new technology and organizational reform will surely render higher education less costly. Still, who would have imagined that the price of a college education would ever have risen to where it is today? With an undergraduate education becoming ever more necessary to guarantee a middle-class lifestyle, perhaps its price will rise even faster in the future. Given these imponderables, we'll assume college costs will continue to rise at the average annual rate of the 1990s, or 7.45 percent, and that the cost of room, board, and books grows at 5 percent, which is the annual inflation rate of the past 20 years.

Now, let's do some illustrative arithmetic. Say you had a child in September 1997. Let's forget straight off about sending him to Harvard or Princeton, or any other private college, and aim for a top state school, the University of Michigan–Ann Arbor. Tuition, fees, plus room and board for in-state students there currently amount to $11,694 a year. Under the inflation assumptions described above, it turns out you'll need a total of $157,831 to see a child born last year through graduation at Ann Arbor (assuming you are a

## CULTURE & IDEAS

money. Consider this hypothetical middle-class, husband-wife family. They met in college and soon after married. Two years into their marriage, they each were earning $23,600, but then came Junior. She immediately quit her job to stay home with the baby, causing their family income to fall by half. After their child reaches kindergarten, she hopes to begin working half time; by the time the child reaches age 11, she hopes to be able to boost her work hours to 30 a week. But remembering her own escapades while home alone during high school, she does not plan to return to full-time work until the child goes off to college.

What's the opportunity cost of these life choices? Assume, as the USDA does, that inflation averages 5 percent over her working life. Further assume that, because of her "mommy track," her average annual real wage increases come to 2 percent instead of a possible 4 percent she could have earned as a childless and fully committed full-time professional. In that event, she'll sacrifice $996,567 in forgone income over just the next 21 years. Adjusting for inflation, that's equal in today's dollars to roughly $548,563.

Where does this leave the total bill? Combine $996,567 in forgone wages with the USDA's estimates of a typical middle-class family's direct child-related expenses for an only child ($301,183); add in the likely cost of sending a child born last year to a first-rank, in-state public university ($157,831), and the total cost of one typical middle-class child born in 1997 comes in at $1,455,581. Even after adjusting for inflation, the cost of a middle-class child born last year is still $799,913 in today's dollars.

To be sure, parents also receive some direct subsidies for their child-care costs. Being able to claim a dependent is worth $2,650 in federal taxes due this year, for example. And under current law, families are eligible to take a tax credit for child-care expenses, with a maximum credit of $720 for one child in a low-income family and up to $1,440 for two or more children. President Clinton recently proposed making this credit more generous, so that a family of four making $35,000 and saddled with high child-care bills would no longer owe any federal income taxes. But even if Clinton's plan is approved, parents who stay home with their kids will continue to receive no compensation for their lost income, and even those taking the credits will find themselves far worse off financially, in most cases, than if they had decided to remain childless.

Given current economic incentives, it is hardly surprising that the "smartest" people in our society end up being those least likely to have children. Middle-aged women with graduate degrees are more than three times more likely to be childless than those who dropped out of high school. Similarly, two-income married-couple families earning over $75,000 are 70 percent more likely to be childless than those earning between $10,000 and $19,999. You don't have to be an economic materialist to see the financial reality



**TUMMIES.** Feeding a middle-class 15-year-old costs **$1,920** a year on average. Hide the Cheez-Its!

behind these numbers. Highly educated, high-income people have a higher opportunity cost, in the form of lost income, if they decide to have children.

Government policy makers are forever talking about the need for society to "invest" in today's youth, if for no other reason than to pay for the huge, largely socialized cost of supporting the growing ranks of the elderly. It's a noble goal, but at the individual family level, a child, financially speaking, looks more like a high-priced consumer item with no warranty. It's the decision to remain childless that offers the real investment opportunity.

Imagine a middle-class, college-age, sexually active woman who is contemplating whether to spend $5,000 to have her tubes tied so she'll never have to worry about getting pregnant. We've already seen how the cost of giving birth to just one child could easily exceed $1.4 million over the next 22 years. Even though many of those costs could be well down the road, a typical middle-class young woman paying $5,000 for such an operation could expect that "investment" to compound at a rate of fully 680 percent over the next 22 years alone. (The return on a vasectomy, which is even cheaper, would be much higher.) It will be a long time before anyone finds a deal that lucrative on Wall Street.

But wait a minute. Isn't this an absurd conclusion? Children aren't just a bundle of liabilities. If they were, the way for society to become richer would be for everyone to stop having kids, but of course that wouldn't work. Without a rising new generation of workers, there will be nobody around to assume our debts, and before long, even the store shelves will be empty. So why does our accounting suggest the opposite?

Because society's economic interests and those of parents as individuals don't perfectly coincide. The financial sacrifice a parent makes to have and raise children create enormous wealth for society as whole. But the modern reality is that everyone shares in much of that wealth regardless of what role he or she played in creating it. If for example, you don't choose to have children, or you treat your children badly, you still won't have to give up any of your Social Security pension.

Historically, support in old age did depend, almost entirely, on how many children you had, and on how well your investment in them turned out. Even before parents grew old, they could usually count on their children to perform economically useful tasks around the farm or shop. That made children economic assets—from the point of view of both society at large and parents.

Now the economic returns of parenting mostly bypass parents, and a proper counting has to reflect that. For an economan in the late 20th century, child-rearing has become a crummy financial bargain. Fortunately, as Mom always said there's more to life than money.

---
*Amy Graham contributed to this article.*

## EDITORIALS



The Founder speaks out:

Before I get started in saying what I have to say, I must say this first. *"If I say something that does not pertain to you don't worry about it. If I say something that offend you. It must pertain to you."* Doesn't that make sense?

In during this research, it took me two years to find out the things I needed to find out in order to create and design this great organization. I designed it for the young people of this nation. I've come across many youths that have talents, but were lost without a focus or direction. Some had great ideas and vision into the 21st century. I advised all of them to keep dreaming and believing in their dreams. One day their dreams will come true *"Only if they can stay focus"*. There are some who will lose their dreams due to their lack of attention and staying focus. There are some who will go astray. There are some who will rape or kill you or your love ones and fall into our penal system, causing the American people to pay severely in taxes to incarcerate them. There are some who will fall into single parent pregnancy and expect to live off your tax paying dollars. Those particular individuals and everyone else need to soon wake up and realize in the next five years changing are coming. There will be no more welfare and a whole lot of other programs will be cut. I wonder. *What next will be their scapegoat.* I think, if the American people "as a whole" would focus on prevention early. There will be a great chance that we can prevent certain things from happening in the future. In making this statement, there are some people out there that are fortunate that their love ones have never been victims of violent crimes. It doesn't mean your love ones want be a victim tomorrow or the next day. *You get what I mean?* One more food for thought before I end on this topic. On July 28, 1996 in Gwinnett County my car alone with other cars was vandalized in a body shop by juveniles as they reported. The case # is 96-034272. This is another incident with problems in our streets. If it happen to me. It will eventually happen to you. I just wonder who kids were they and only if they knew who car they vandalized and what I was doing for them. *"to keep them busy and off the streets"* I know the message our youths are sending. I don't hold them at fault for what they do. I hold the people of this nation at fault along with their parents.

I understand why certain people of this country are afraid of certain people moving into their neighbors. I see many people in this country locking their car doors when driving in certain areas. An echo come from someone saying "I wonder why they do that" Believe me, I understand.

I believe everyone in this country has a fair and equal chance to make it. It's up to them what they do and make of their chances and opportunities.

Once again, I am aware that there are many gifted and talented youngsters out there that need this program. If the people of this nation don't soon wake up and come off their seat *"looking for someone or the government to give them something for nothing."* It want never happen. In order to get anything out of life you must put something into it. It's just like planting a seed. First you must cultivate the land in order to plant the seed and when you plant the seed. It will spout. Then you must nourish it to get the final product.

Also in during this research, I found out many people do not realize why they are here on this planet called earth and what's their purpose for being here. You must realize every human being was placed here for a reason, even if you don't know your exact reason for being here. One reason everyone should know is: You was sent here to cultivate what was created for us. You was not sent here to destroy this precious creation call earth. If many of us don't soon wake up and face what's going on around you. You "yourself" will soon destroy this world.

Also, I found out many people are caught up in just worrying about their kids and only their kids. To me that's being selfish. Instead of them thinking about who their kids are interacting and going to school with on a daily basis. Are they really safe? Are we the people of this nation working together to make it safe? I'll leave that question for you to answer.

One day, I would like to see real families teach their kids good values and morals, and reside in a safe community. But, the way things are in this country. I'm worried about future families, because there are some of us not doing our job i working with our youths and teaching them good morals and values.

One of the last thing I found out in doi this research is: A lot of parents want their children to be successful and become stars. The thing that bother me the most is, they were not willing to invest a penny into their own children. Some people have to realize, if you wan your children to be a professional mode movie star or successful businessman o woman. You will have to invest in your children. That leads me to say, *"Nothin in this world is free and even freedom not free."* You must put something into your children, if you want something ou of them.

This organization is completed. I know what I have done. I know what I have created. Do you? Now, I can rest. But, I want be happy until I see the youth benefit from this creation and the right people are in place working for these youths. I have done everything I could d to better mankind. I can proudly say thi "If I depart this earth tomorrow". I have served my country and I have given back to my communities and fellow friends o this country. I have done my part. When are you going to do yours? Giving to thi organization to assist in helping our youths is not like you giving anything to me. This is an investment. You will be giving to the government to assist you in giving back to your developing surrounding. Creating more jobs, and opportunities for you and our youths. Is that hard at all? I don't think so. The organization is here. If you don't hurry u and support it. It will leave and go to the people or states who will. Remember thi and always remember this: *"Nothing in this world is free, and even freedom is not free."*

The organization sponsors and supporters are: Lennious Production, Inc., Arlene Wilson Model Management, Patrise- Perkins Hooker & Associate Law Firm, Bull's Eye Promotions, Canon USA, DHR Georgia Department of Human Resources, Internal Revenue Service, Barry Manufacturing, Gwinnett Neighborhood Leadership Program, Pleasant Hill Baptist Church, First Baptist Church of Norcross, Amtex Corporation, The Montel Williams Show, Printworks of Atlanta and Cambre & Associates. Thanks to all sponsors and supporter for your gracious support and assistance in developing and designing this great corporation.

Samuel L. Clemmons, Founder

*[signature]*