# EXHIBIT # 8

56

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATES<br>C/O SAMUEL CLEMMONS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>)<br>SHAROLYN Y. EVANS )<br>)<br>Defendant | **CIVIL ACTION NO:**<br><br>**1:06CV01285(RCL)**<br><br>**September 15, 2006** |

## ORDER

Upon consideration of the Plaintiff's Motion requests for Judgment by Default

after entering confirmed facts against the Defendant's actions for failing to response and

obeying the Court's instructions. The Plaintiff has demonstrated good cause shown by

means of Affidavit Service filed in a timely manner.

The Plaintiff's ORDER requests should be granted including the Plaintiff's

Action Requests to Subpoena Duces Tecum to bring this case matter before the court to a

close.

IT IS HEREBY ORDERED that any of the Defendant's Motions requests will be

DENIED.  It is also ORDERED that any of the Defendant's Motion requests to dismiss

will be DENIED. The Plaintiff's Motion Request to move forth for Summary Judgment

by Default is GRANTED.

SO ORDERED this _____ day of_____ 2006

_____
Honorable Royce C. Lamberth
United States District Court Judge

Copies to:



2

THE CLEMMONS' ESTATE
**ATTN: C. OWENS**
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132


SHAROLYN Y. EVANS, DEFENDANT
AKA: ALLISON S. JOHNSON
1231 Clairmont Road, # 30-B
Decatur, GA 30030-1244

ORI _____

THE SUPERIOR COURT FOR THE COUNTY OF_____

STATE OF GEORGIA

CLEMMONS' ESTATES        ]
PLAINTIFF                ]
        Vs.              ]      Civil Action File
SHAROLYN Y. EVANS,       ]
DEFENDANT                ]
_____,]      CASE NUMBER:
                         ]      **1:06CV01285 (RCL)**
        Respondent.      ]
                         ]      _____

## STALKING PERMANENT PROTECTIVE ORDER

A civil hearing was held on this matter on _____, 20___ at which the Respondent appeared and/or was provided with the opportunity to be heard and the Petitioner requested, pursuant to O.C.G.A. §§ 16-5-94 (e) and 19-13-4 (c), that a permanent Protective Order be issued. Having heard the evidence presented, reviewed the petition and the record concerning this case and for good cause shown, IT IS HEREBY ORDERED AND ADJUDGED:

1.    The Respondent has knowingly and wilfully violated O.C.G.A. §§ 16-5-90 *et seq.*
[pco01,02]  and placed the Petitioner in reasonable fear for the Petitioner's safety, because
*OF THE PETITIONER'S COMPLAINT SUBMITTED IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA COURT OF LAW AND THE RESPONDENT. FAILURE TO*
Respondent is hereby enjoined and restrained from doing or attempting to do, or threatening to do any act constituting a violation of O.C.G.A. §§ 16-5-90 *et seq.* and of harassing, interfering, or intimidating the Petitioner or Petitioner's immediate family. Any future acts committed by the Respondent towards the Petitioner which are in violation of this statute and this Protective Order can amount to AGGRAVATED STALKING, pursuant to O.C.G.A. § 16-5-91, which is a felony. A person convicted of Aggravated Stalking shall be punished by imprisonment for not less than one nor more than ten years and by a fine of not more than $10,000.00.

2.    Respondent is permanently enjoined and restrained from approaching within
[pco01,04]  _____ yards of Petitioner and/or Petitioner's immediate family, and/or residence, place of employment, or school or subsequent residence, place of employment or school.

3.    Respondent is not to have any contact of any type, direct, indirect, or through
[pco05]  another person with the Petitioner or her/his immediate family, including but not limited to telephone, fax, e-mail, voice mail, mail, or any other type of contact.

1

*- APPEAR WITH A RESPONSE TO THE COURT*

CIVIL ACTION FILE NO. _____

4.     That this order be filed in the office of the Clerk of this Court.

5.     This Order shall remain in effect permanently and shall not terminate unless modified by the Court.

6.     That this Order applies in every county throughout the state and it shall be the duty of every court and every law enforcement official to enforce and carry out the provisions of this Order pursuant to O.C.G.A. §§ 16-5-94(e) and 19-13-4(d). Law Enforcement may use their arrest powers pursuant to O.C.G.A. §§ 16-5-91 and 17-4-20 to enforce the terms of this Order.

7.     That this Court determined that it had jurisdiction over the parties and the subject matter under the laws of the State of Georgia and Respondent received reasonable notice and had the opportunity to be heard before this Order was issued sufficient to protect the Respondent's due process rights and this Order shall be presumed valid and pursuant to18 U.S.C. § 2265(a) shall be accorded **full faith and credit** by any other state or local jurisdiction and shall be enforced as if an Order of the enforcing state or jurisdiction.

### *ONLY the following that are initialed by the JUDGE shall apply:*

_____ 8..     Respondent is to receive appropriate psychiatric or psychological services.

_____ 9.     Petitioner is awarded costs and attorney fees in the amount of $16,000,000.00

_____ 10.     Petitioner/protected party is either a spouse, former spouse, parent of a common
[pco07] child, Petitioner's child, child of Respondent, cohabitates or has cohabited with Respondent and qualifies for 18 U.S.C. § 922(g)

SO ORDERED this _____ day of _____, 20_____.


_____
JUDGE, SUPERIOR COURT
_____ County


_____
Print or stamp Judge's name


**Violation of the above Order may be punishable by arrest.**

2

CIVIL ACTION FILE NO. _____

---

## NOTICE TO RESPONDENT

1. Violation of this Order may result in immediate arrest and criminal prosecution that may result in jail time and/or fines and/or may subject you to prosecution and penalties for contempt of court.

2. This Order shall remain in effect unless specifically superceded by a subsequent signed and filed Order, by operation of law, or by Order of dismissal, whichever occurs first. Only this Court can void, modify or dismiss this Order. Either party may ask this Court to change or dismiss this Order.

3. If after a hearing, of which the Defendant received notice and opportunity to participate, a protective order is issued which restrains Defendant from harassing, stalking or threatening an intimate partner, Defendant is prohibited from possessing, receiving, or transporting a firearm or ammunition which has been shipped or transported in interstate or foreign commerce for the duration of the Order. 18 U.S.C. § 922(g).

4. A person commits the offense of Aggravated Stalking when such person, in violation of a temporary or permanent protective Order prohibiting this behavior follows, places under surveillance, or contacts Petitioner on public or private property for the purpose of harassing and intimidating the other person. This activity can subject the Respondent to arrest and prosecution for felony Aggravated Stalking, which carries penalties of imprisonment for not less than 1 year nor more than 10 years and a fine of up to $10,000.00.

---

Note to Judges: This form is promulgated as a Uniform Superior Court Rule under the auspices of O.C.G.A. § 19-13-53. To order a specific provision, please initial in the space provided. The court should delete or otherwise make inoperative any provision in the standardized form which is not supported by the evidence in the case and in order to comply with the court's application of the law and facts to an individual case.

---

## RESPONDENT'S IDENTIFYING FACT SHEET

(please complete as much as possible; one of these must be provided to have the order placed in the National Crime Information Center registry: Respondent's date of birth, social security number, or driver's license number)

Respondent's social security number is _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_, date of birth is _6/ /68_, sex _F_, color of hair _BLACK_, color of eyes _BROWN_, height _5'1_, weight _120_. Respondent's race is _BLACK_, ethnic background _AFRICAN AM_ Respondent has distinguishing marks (tattoos, scars, etc.) _UNKNOWN_. Respondent drives a _UNKNOWN_, license tag number _UNKNOWN_ and has a _GA_ (state) driver's license number _____. Respondent's home address _1231 CLAIRMONT RD, #30-B_ and is employed by_____ at _____ and works from ____ to ____ on (days)_____.

---

### PETITIONER'S IDENTIFYING INFORMATION

Protected parties _____ DOB _____ sex ____ race _____

_____ DOB _____ sex ____ race _____

_____ DOB _____ sex ____ race _____

_____ DOB _____ sex ____ race _____

❏ TRANSMITTED TO GEORGIA PROTECTIVE ORDER REGISTRY    DATE _____ CLERK _____

Rev'd 1/10/03

3

**\* REMOVE THIS PAGE FROM ORDER \***

Pursuant to O.C.G.A. Section 19-13-3,
Petitioner assisted by

Name: _____
Address: _____

_____
Telephone: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>14th day of September 2006</u>, a true copy of the <u>PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY IN SUPPORT OF PLAINTIFF'S MOTION REQUESTS FOR SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANT FAILURES TO OBEY COURT'S INSTRUCTIONS CAUSING SUCH DEFENDANT TO BE IN DEFAULT</u> was served by certified regular mail concerning case # 1:06CV001285 (RCL):

To:  Defendant's Counsel

<u>New Address:</u> Provided by the United States Postal Service

SHAROLYN Y. EVANS
1231 Clairmont Road, # 30-B
Decatur, GA 30030-1244


**CERTIFIED MAIL: <u>7006 0100 0001 6544 1979</u>**

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001




Samuel Clemmons, *Pro Se*
THE CLEMMONS' ESTATE
ATTN: C. OWENS
C/O SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132