UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>SHAROLYN Y. EVANS<br>(also known as ALLISON S. JOHNSON),<br><br>    Defendant. | Civil Action No. 1:06-01285 (RCL) |

**ORDER**

Upon review of the docket entries in this case, it is clear that the Clerk of Court erroneously entered a default against the defendant. The return of service [3] indicates that the plaintiff effected service. Rule 4(c)(2) of the Federal Rules of Civil Procedure provides that service may be effected by any person who is not a party. Service on the defendant herein is therefore QUASHED, the Clerk's entry of default [5] is hereby VACATED.

Plaintiff shall promptly take steps to effect proper service.

Plaintiff's Motion [7] Request to Enter Discovery in Support of Plaintiff's Motion Requests for Summary Judgment by Default Due to the Defendant's Failures to Obey Court's Instructions Causing Such Defendant to be in Default is hereby DENIED, without prejudice to filing and serving a new motion after proper service of the summons and complaint has been effected on the defendant.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 25, 2007.