UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

_Clemmons' Estate_
Plaintiff

vs.

Civil Action No. _1:06CV01285 (RCL)_

_Sharonly Y. Evans_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14th_ day of _May_, 20_07_, that hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14th_ day of _May_, 20_07_ in favor of _Defendant (Sharonly Y. Evans)_ against said _Clemmons' Estate_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

MAY 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT