NOTICE OF APPEAL IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) | CIVIL ACTION NO: |
| C/O SAMUEL CLEMMONS ) | |
| P.O. BOX 347 ) | 1:06CV01285 (RCL) |
| BROOKHAVEN, MS 39602 ) | |
| PHONE: 866-409-7758 ) | |
| ) | |
| PLAINTIFF ) | |
| vs. ) | |
| ) | |
| SHARONLY Y. EVANS ) | |
| AKA: ALLISON S. JOHNSON ) | |
| 1334 Old Countryside Circle ) | |
| Stone Mountain, GA 30083-5830 ) | |
| ) | |
| SHAROLYN Y. EVANS, ) | |
| AKA: ALLISON S. JOHNSON ) | |
| 1231 Clairmont Road, # 30-B ) | |
| Decatur, GA 30030-1244 ) | |

DEFENDANTS
_____

### PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY

Come now the Plaintiff file his motion request to enter discovery now pending on the Court or Court of Appeal's ORDER to grant such motion for the Plaintiff to prove his points as so stated in the Plaintiff's entry before the Court upon receiving such Motion Request GRANTED the Plaintiff will enter valid proof of proper service upon the Defendant(s).

**Please note and accept change of address to send any other correspondence in relation to this motion request.**

Respectfully Submitted,

*[signature]*

CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
P.O. BOX 347
BROOKHAVEN, MS 39602
PHONE: 866-409-7758

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT