IN THE UNITED STATES COURT ~~OF APPEALS~~ A DISTRICT
FOR THE DISTRICT OF COLUMBIA
COMPLAINT OF JUDICIAL MISCONDUCT OR DISABLITY

|  |  |  |
|---|---|---|
| CLEMMONS' ESTATE | ) | CIVIL ACTION NO: |
| C/O SAMUEL CLEMMONS | ) | |
| P.O. BOX 347 | ) | <u>1:06CV01285(RCL)</u> |
| BROOKHAVEN, MS 39602 | ) | |
| PHONE: 866-409-7758 | ) | |
|     PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| SHAROLYN Y. EVANS | ) | |
|   DEFENDANT | ) | |

## PLAINTIFF'S CONTINUOUS MOTIONS FOR OPPOSTIONS, OBJECTIONS AGAINST ANY AND ALL OF THE DEFENDANT'S ACTIONS AND CONTINUE DEMAND A JURY TRIAL IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURES, RULE 38 BEFORE THE U.S. COURT OF APPEALS

In accordance to the last communication or Memorandum & Order attached the Plaintiff or Petitioner's response is for continuous requesting a Demand Jury Trial according to the Plaintiff or Petitioner's Constitutional rights in accordance with the Due Process of Law.

The Federal Rules of Civil Procedures which are the same rules the presiding judge wish to try to use against the Plaintiff or Petitioner for not being in compliance according to the presiding judge or court's communication filed on July 11, 2007. The Plaintiff or Petitioner preserved such right in accordance with the Federal Rules of Civil Procedures, Rule 38 (a) which states the right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statue of the United States shall be preserved to the parties inviolate.

Rule 38 (b) states and express in accordance with a demand jury trial request as the Plaintiff or Petitioner once requested in the very initial stage of these proceeding. Such rule

# RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1  clearly states for the record that any party and it says "any party" may demand a trial by

2  jury of any issue triable of right by a jury by (1) serving upon the other parties a demand

3  therefor in writing at any time after the commencement of the action and not later than 10

4  days after the service of the last pleading directed so such issue, and (2) filing the demand

5  as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party. This

6  is not the first request served upon the Court or the Defendant requesting these rights.

7      This filing should override any pervious filing and now such trial by jury has to be

8  granted or honored or someone has to take full responsibilities of these violations damages

9  and injuries imposed upon the Plaintiff. In accordance with

10     This case has been fully briefed and still waits such dispositive motion to be granted

11  or denied trial by jury according to the Plaintiff or Petitioner's constitutional rights is the

12  main focus in these proceeding.

13     Please note and accept change of address to send any other correspondence in

14  relation to this motion request.

15                          Respectfully submitted,

16

17                          CLEMMONS' ESTATE
                            C/O SAMUEL CLEMMONS
18                          Attn: C. Owens
                            P.O. BOX 347
19                          BROOKHAVEN, MS 39602
                            PHONE: 866-409-7758
20

21

22     See Attachments:
       Continuous Petition for Mandamus
23     Continuous Motion for Disqualification

24

25

Clemmons' complaint to U.S. COURT OF APPEAL and U.S. DISTRICT COURT TO AMEND RECORD FOR
ALTERNATIVE RESOLUTIONS.