UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>SHAROLYN Y. EVANS<br>(also known as ALLISON S. JOHNSON),<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-01285 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In response to the Court's Order of July 9, 2007, plaintiff has filed a motion [12] to enter discovery, and states that he will enter valid proof of service only after his motion to enter discovery is granted. Plaintiff's motion is DENIED. Discovery cannot occur before service. Plaintiff has been given additional time beyond the normal 120 days allowed by the Federal Rules of Civil Procedure to effect service, and plaintiff now refuses to comply with this Court's Order of July 11, 2007. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE for failure to timely affect service and comply with this Court's Order.

Plaintiff's motion [14] for jury trial, etc., is also DENIED.

This is a final, appealable Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 8, 2007.