# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS

USCA No. _____

v.

- SHAROLYN Y. EVANS
  AKA: ALLISON S. JOHNSON
- ROYCE C. LAMBERTH
- U.S. DISTRICT COURT

USDC No. 1:06CV01285

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, CLEMMONS' ESTATE c/o SAMUEL CLEMMONS, declare that I am the
☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _[signed] Samuel Clemmons for CLEMMONS' ESTATE_

Name of Pro Se Litigant (PRINT) CLEMMONS' ESTATE c/o SAMUEL CLEMMONS

Address P.O. BOX 347, BROOKHAVEN, MS 39602

---

Submit original with a certificate of service to:

**RECEIVED**

AUG 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

ISSUES OF ARGUMENT ARE:

- WHAT IS DEFAULT
- WHAT IS FAILURE TO APPEAR
- WHAT IS ILLEGAL TAMPERING WITH THE RECORD IN ORDER TO PREVENT JUSTICE FROM PREVAILING OR TAKING ITS COURSE?
- WHO SHOULD BE HELD RESPONSIBLE FOR THIS DEBT?

(OVER)

THE PLAINTIFF OR PETITIONER WILL BE WELCOME TO PAY FILING FEE IF DEFAULT CANNOT BE PROVEN BY THIS COURT IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES, RULE 4.

[signature]

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

CLEMMONS' ESTATE
% SAMUEL CLEMMONS

Case No. _____

v.

- SHALOLYN Y. EVANS
  AKA: ALLISON S. JOHNSON
- ROYCE C. LAMBERTH
- U.S. DISTRICT COURT

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]

Date: 8/15/2007

**My issues on appeal are:**