# Fulton County Marshal's Department
## 160 Pryor Street, Suite J-102
## Atlanta, Georgia 30303
## 404-730-4451

DATE: _July 31, 2007_

**We are returning the enclosed document(s) for the following reason. Please call immediately if there are problems with statue of limitations.**

| Check | Reason for Returning Document |
|---|---|
| ( ) | Clerk's Signature is missing. |
| ( ) | Attached order must be presented in person to the judge for signing. |
| ( ) | Incorrect cost; total should be $_____. |
| ( ) | No check enclosed. |
| ( ) | Please make check payable to the Fulton County Marshal's Department. |
| ( ) | Civil action case number needed. |
| ( ) | Garnishment number needed. |
| ( ) | Filed in wrong county. Address is in _____ County. |
| ( ) | Need summons from _____ County attached to complaint. |
| ( ) | Complaint/Affidavit not signed. |
| ( ) | Summons not properly filled out. |
| ( ) | The Writ of Fieri Facias (FIFA) expired on _____. The FIFA is being forwarded back to your office with this notice. |
| ( ) | Re-Service: In reference to Case # _____, a nonest was entered on _____. There is no additional fee required for another service attempt. Your check is being returned with this notice. The document has been forwarded to the deputy for service. |
| (✓) | Other: <br> - O.B. BRYANT'S SERVICE (CASE # 1:06CV01285) <br> - COPY SENT TO PLAINTIFF ASAP! |

Sincerely,

_____
Records & Documents Specialist

**RECEIVED**

OCT 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLEMMONS ESTATE
v.
SHAROLYN V. EVANS

CASE #1:06CV01285(RCL)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/1/2006 |
| NAME OF SERVER (PRINT) O.B. BRYANT | TITLE CARRIER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SHAROLYN V EVANS AND TONI JACKSON 6703 TRUE NORTH PARKWAY STONE MOUNTAIN, GA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED BY MEANS AND BY SERVICE OF THE UNITED STATES POSTAL SERVICE (USPS CERTIFIED MAIL)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICE | TOTAL |
|---|---|---|
| MOTOR VEHICLE | PERSONAL CARRIER | $15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/1/2006    Signature of Server O.B. Bryant

4362 STONE GATE
EAST POINT, GA 30344
Address of Server

RECEIVED
OCT 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure