# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7127**             **September Term, 2007**

06cv01285

Filed On: May 8, 2008

Sam L. Clemmons,
      Appellant

v.

Sharolyn Y. Evans, also known as Allison S. Johnson,
      Appellee

**BEFORE:**  Ginsburg, Tatel, and Garland, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing and the supplement thereto, the motion to validate proper service, the motion to refund the docketing fees, and the motion to consolidate, it is

**ORDERED** that the motion to validate proper service, the motion to refund the docketing fees, and the motion to consolidate be denied. It is

**FURTHER ORDERED** that the record be remanded to the district court. Treating the "errata" filed in the district court on October 9, 2007, see Clemmons v. Evans, No. 06-cv-1285, Docket Entry No. 20, as a motion pursuant to Federal Rule of Civil Procedure 60(b), and calling for any briefing or argument it deems appropriate, the district court shall, upon remand of the record, decide whether the "errata" establishes that Clemmons properly effected service and therefore whether Clemmons is entitled to relief from the judgment. Within 30 days after the district court's ruling upon this Rule 60(b) motion, the parties shall file in this court motions to govern further proceedings. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending the district court's ruling upon this Rule 60(b) motion.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      BY:    /s/
            Scott H. Atchue
            Deputy Clerk